# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| ADVANTA CORP, et al.. | : Case No. 09-13931 (KJC) |
| Debtors. | : (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Roger G. Schwartz, Esq. to represent the Official Committee of Unsecured Creditors in connection with this case and/or any related proceedings.

Dated: November 24, 2009

/s/ Howard A. Cohen
Howard A. Cohen (DE 4082)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: November 24, 2009

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

DATE: 11-24-09
DOCKET: 69

WM01/ 7830128. 1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and New Jersey and the United States District Court for the Southern District of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: November 24, 2009

/s/ Roger G. Schwartz
Roger G. Schwartz, Esq.
LATHAM & WATKINS LLP
885 Third Avenue
New York NY 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864