**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Advanta Corp., et al. | : | Case No. 09-13931 (KJC) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **The Bank of New York Mellon, indenture trustee,** Attn: David M. Kerr, 101 Barclay Street, New York, NY 10004

2. **Stonehill Capital Management, LLC**, Attn: Michael Stern, 885 Third Avenue, 30th Floor, New York, NY 10022

3. **DVL Incorporated**, Attn: Frederick B. Franks III, 115 Sinclair Road, Barzel, PA 19087

4. **Brandywine Operating Partnership**, Attn: Lisa Barber/Jean Sitler, 555 Lancaster Ave., Radnor, PA 19089

5. **Law Debenture Trust Company of New York, indenture trustee**, 400 Madison Ave., 4th Floor, New York, NY 10017


ROBERTA A. DEANGELIS
United States Trustee, Region 3


 /s/ David M. Klauder for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: November 24, 2009

Attorney assigned to this Case: David M. Klauder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Chun I. Jang, Esquire, Phone: (302) 651-7700, Fax: (302) 651-7701