# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

In re

ADVANTA CORP., et al.,

Debtors.[1]

------------------------------------------------------------x

:     Chapter 11

:     Case No. 09-13931 (KJC)

:     (Jointly Administered)

**Re: Docket No. 38**

## ORDER PURSUANT TO BANKRUPTCY CODE SECTION 105(a), BANKRUPTCY RULE 1007 AND LOCAL RULE 1007-1 EXTENDING THE TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, LISTS OF EQUITY SECURITY HOLDERS, SCHEDULES OF CURRENT INCOME AND EXPENDITURES AND STATEMENTS OF FINANCIAL AFFAIRS

Upon the motion (the "*Motion*")[2] dated November 16, 2009 of Advanta

Corp. and its affiliated debtors, as debtors and debtors in possession  (collectively, the

"*Debtors*"), pursuant to section 105(a) of title 11 of the United States Code (the

"*Bankruptcy Code*"), Rule 1007(c) of the Federal Rules of Bankruptcy Procedure (the

"*Bankruptcy Rules*"), and Rule 1007-1(b) of the Local Rules of Bankruptcy Practice and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Advanta Corp. (2070), Advanta Investment Corp. (5627), Advanta Business Services Holding Corp. (4047), Advanta Business Services Corp. (3786), Advanta Shared Services Corp. (7074), Advanta Service Corp. (5625), Advanta Advertising Inc. (0186), Advantennis Corp. (2355), Advanta Mortgage Holding Company (5221), Advanta Auto Finance Corporation (6077), Advanta Mortgage Corp. USA (2654), Advanta Finance Corp. (8991), Great Expectations International Inc. (0440), Great Expectations Franchise Corp. (3326), Great Expectations Management Corp. (3328), Advanta Ventures Inc. (5127), BizEquity Corp. (8960), Ideablob Corp. (0726), and Advanta Credit Card Receivables Corp. (7955).  Each of the Debtors (other than Advanta Credit Card Receivables Corp. and the Great Expectations entities) maintains its principal corporate office at Welsh & McKean Roads, P.O. Box 844, Spring House, Pennsylvania 19477-0844.  Advanta Credit Card Receivables Corp. maintains its principal corporate office at 2215 B. Renaissance Drive, Suite 5. Las Vegas, NV 89119, and the Great Expectations entities maintain their principal corporate office at 1209 Orange Street, Wilmington, Delaware 19801.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Procedure of the United States Bankruptcy Court for the District of Delaware (the "*Local*

*Rules*"), for an extension of time to file certain schedules and statements, as more fully

described in the Motion; and this Court having jurisdiction to consider the Motion and the

relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the

Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C.

§ 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and

1409; and due and proper notice of the Motion having been provided to the Notice

Parties, and it appearing that no other or further notice need be provided; and this Court

having determined that the relief sought in the Motion is in the best interests of the

Debtors, their creditors, and all parties in interest; and the Court having determined that

the legal and factual bases set forth in the Motion establish just cause for the relief

granted herein; and upon all of the proceedings had before this Court and after due

deliberation and sufficient cause appearing therefor, it is

ORDERED that the time within which the Debtors must file their

Schedules and Statements required by Bankruptcy Rule 1007 is enlarged and extended

for an additional period of 45 days beyond the 30 day extension provided pursuant to

Local Rule 1007-1(b) to January 25, 2010[3]; and it is further

ORDERED that such extension is without prejudice to the Debtors' right

to request a further extension of time within which to file the Schedules and Statements;

and it is further

---

[3] With the 45-day extension, the deadline to file the Schedules and Statements is Sunday, January 24,
2010. Pursuant to Bankruptcy Rule 9006(a), the deadline therefore automatically extends to Monday,
January 25, 2010.

ORDERED that upon the consent of the Office of the United States Trustee for the District of Delaware and by order of this Court upon certification of counsel, the deadline for the Debtors to file their Schedules and Statements may be extended without the need for any additional motion practice on this subject in these chapter 11 cases; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: December ___3___, 2009
       Wilmington, Delaware

_____

THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

US_ACTIVE:\43238925\02\US.BFR
RLF1 3511053v.1