# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ADVANTA CORP., et al. | ) Case No. 09- 13931 (KJC) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND SERVICE OF PAPERS

Please take notice that the undersigned hereby enter their appearance for and on behalf of Advanta Bank Corporation and Advanta Business Receivable Corp. (collectively the "Advanta Bank Entities"), pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"); and the undersigned hereby request, pursuant to Bankruptcy Rules 2002 and 9001 and 11 U.S.C. § 342, that they be added to the official mailing matrix and service lists in these cases and that copies of all pleadings, motions, notices and other papers, filed or served, in these cases or any proceeding therein, be served upon the below counsel at the following addresses, facsimile numbers and e-mail addresses:

>David M. Fournier, Esquire
>Michael J. Custer, Esquire
>PEPPER HAMILTON LLP
>Hercules Plaza, Suite 5100
>1313 Market Street
>P.O. Box 1709
>Wilmington, Delaware 19899-1709
>Telephone: (302) 777-6500
>Facsimile: (302) 421-8390
>fournierd@pepperlaw.com
>custerm@pepperlaw.com

#11811885 v1

Please take further notice that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings herein. This Notice of Appearance and Request for Notice, and any subsequent appearance, pleading, claim, or suit, shall not be deemed or construed to be a waiver of the Advanta Bank Entities' right; (1) to have final orders in noncore matters entered only after <u>de novo</u> review by a District Judge; (2) to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which the Advanta Bank Entities are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Advanta Bank Entities expressly reserve.

Dated: December 10, 2009  
Wilmington, Delaware

Respectfully Submitted,

/s/ Michael J. Custer  
David M. Fournier (DE No. 2812)  
Michael J. Custer (DE No. 4843)  
PEPPER HAMILTON LLP  
Hercules Plaza, Suite 5100  
1313 Market Street  
P.O. Box 1709  
Wilmington, DE 19899-1709  
Telephone: (302) 777-6500  
Facsimile: (302) 421-8390

*Counsel for Advanta Bank Corporation and Advanta Business Receivable Corp.*

#11811885 v1