UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                        :
*In re*                                 :   Chapter 11
                                        :
ADVANTA CORP., *et al.*,                :   Case No. 09-13931 (KJC)
                                        :
        Debtors.[1]                     :   (Jointly Administered)
                                        :
---------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 5, 2010 AT 1:00 P.M. (EST)[2]**

I. **CONTINUED/RESOLVED MATTERS:**

   1. Motion of Debtors for Authority (a) to (i) Pay Certain Employee Compensation and Benefits and (ii) Maintain and Continue Such Benefits and Other Employee-Related Programs and (b) for the Debtors' Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations Pursuant to Sections 105(a), 363(b), and 507(a) of the Bankruptcy Code [Docket No. 5 - filed November 8, 2009]

      Objection Deadline:  November 25, 2009 at 4:00 p.m.; extended to December 1, 2009 for the Office of the United States Trustee and extended to December 2, 2009 for the Official Committee of Unsecured Creditors

---

[1] The debtors and debtors-in-possession in these cases (each, a "Debtor" and collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are Advanta Corp. (2070), Advanta Investment Corp. (5627), Advanta Business Services Holding Corp. (4047), Advanta Business Services Corp. (3786), Advanta Shared Services Corp. (7074), Advanta Service Corp. (5625), Advanta Advertising Inc. (0186), Advantennis Corp. (2355), Advanta Mortgage Holding Company (5221), Advanta Auto Finance Corporation (6077), Advanta Mortgage Corp. USA (2654), Advanta Finance Corp. (8991), Great Expectations International Inc. (0440), Great Expectations Franchise Corp. (3326), Great Expectations Management Corp. (3328), Advanta Ventures Inc. (5127), BizEquity Corp. (8960), Ideablob Corp. (0726), and Advanta Credit Card Receivables Corp. (7955). Each of the Debtors (other than Advanta Credit Card Receivables Corp. and the Great Expectations entities) maintains its principal corporate office at Welsh & McKean Roads, P.O. Box 844, Spring House, Pennsylvania 19477-0844. Advanta Credit Card Receivables Corp. maintains its principal corporate office at 2215 B. Renaissance Drive, Suite 5. Las Vegas, NV 89119, and the Great Expectations entities maintain their principal corporate office at 1209 Orange Street, Wilmington, Delaware 19801.

[2] The hearing will be held before The Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801. Any party who wishes to appear telephonically at the December 4, 2009 hearing must contact Courtcall, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EST) on Monday, January 4, 2010** in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27,* 2009.

RLF1 3517693v.1

Objections/Responses Received: Informal responses received from the Office of the United States Trustee and the Official Committee of Unsecured Creditors.

Related Documents:

i. Interim Order Pursuant to Sections 105(a), 363(b), and 507(a) of the Bankruptcy Code (A) Authorizing the Debtors to (i) Pay Certain Employee Compensation and Benefits and (ii) Maintain and Continue Such Benefits and Other Employee-Related Programs and (B) Authorizing the Debtors' Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [Docket No. 23 - filed November 10, 2009]

ii. Notice of (1) Entry of "Interim Order Pursuant to Sections 105(a), 363(b), and 507(a) of the Bankruptcy Code (A) Authorizing the Debtors to (i) Pay Certain Employee Compensation and Benefits and (ii) Maintain and Continue Such Benefits and Other Employee-Related Programs and (B) Authorizing the Debtors' Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations;" and (2) Scheduling of a Final Hearing Thereon [Docket No. 30 - filed November 10, 2009]

Status: The hearing on this matter is continued to the omnibus hearing scheduled for February 4, 2010 at 11:00 a.m. (EST).

2. Motion of Debtors for an Order Pursuant to Sections 105(a), 345(b), and 363(c) of the Bankruptcy Code (I) Authorizing the Debtors to (A) Continue Their Existing Cash Management System, and (B) Maintain Their Existing Bank Accounts and Business Forms, and (II) Granting an Extension of Time to Comply With Section 345(b) of the Bankruptcy Code [Docket No. 8 - filed November 8, 2009]

Objection Deadline: November 25, 2009 at 4:00 p.m. (EST); extended to December 1, 2009 for the Office of the United States Trustee and extended to December 2, 2009 for the Official Committee of Unsecured Creditors

Objections/Responses Received: Informal responses received from the Office of the United States Trustee and the Official Committee of Unsecured Creditors.

Related Documents:

i. Interim Order Pursuant to Sections 105(a), 345(b), and 363(c) of the Bankruptcy Code (I) Authorizing the Debtors to Continue Their Existing Cash Management System, and (B) Maintain Their Existing Bank Accounts and Business Forms, and (II) Granting an Extension of Time to Comply With Section 345(b) of the Bankruptcy Code [Docket No. 26 - filed November 10, 2009]

ii. Notice of (1) Entry of "Interim Order Pursuant to Sections 105(a), 345(b), and 363(c) of the Bankruptcy Code (I) Authorizing the Debtors to Continue Their Existing Cash Management System, and (B) Maintain Their Existing Bank Accounts and Business Forms, and (II) Granting an Extension of Time to Comply With Section 345(b) of the Bankruptcy Code;" and (2) Scheduling of a Final Hearing Thereon [Docket No. 31 - filed November 10, 2009]

Status: The hearing on this matter is continued to the omnibus hearing scheduled for February 4, 2010 at 11:00 a.m. (EST).

3. Motion of Debtors Pursuant to Sections 105(a) and 362 of the Bankruptcy Code (I) Establishing Notification Procedures Regarding Restrictions on Certain Transfers of Claims Against and Equity Interests in the Debtors and (II) Scheduling a Final Hearing [Docket No. 9 - filed November 8, 2009]

Objection Deadline: November 25, 2009 at 4:00 p.m. (EST); extended to December 1, 2009 for the Office of the United States Trustee and extended to December 2, 2009 for the Official Committee of Unsecured Creditors

Objections/Responses Received: Informal responses received from the Office of the United States Trustee and the Official Committee of Unsecured Creditors.

Related Documents:

i. Interim Order Pursuant to Sections 105(a) and 362 of the Bankruptcy Code (i) Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Interests in the Debtors' Estates, and (ii) Scheduling a Final Hearing [Docket No. 27 - filed November 10, 2009]

ii. Notice of (1) Entry of "Interim Order Pursuant to Sections 105(a) and 362 of the Bankruptcy Code (i) Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Interests in the Debtors' Estates, and (ii) Scheduling a Final Hearing" [Docket No. 33 - filed November 10, 2009]

Status: The hearing on this matter is continued to the omnibus hearing scheduled for February 4, 2010 at 11:00 a.m. (EST).

4. Motion for an Order Authorizing Entry Into a Lease Amendment with Liberty Property Limited Partnership [Docket No. 43 - filed November 16, 2009]

Objection Deadline: November 27, 2009 at 4:00 p.m. (EST); extended to December 1, 2009 for the Office of the United States Trustee and extended to December 2, 2009 for the Official Committee of Unsecured Creditors

Objections/Responses Received: Informal responses received from the Official Committee of Unsecured Creditors.

Related Documents:

i. Motion to Shorten the Notice Period for Debtors' Motion for an Order Authorizing Entry into a Lease Amendment with Liberty Property Limited Partnership [Docket No. 44 - filed November 16, 2009]

ii. Order Shortening Notice Period for Debtors' Motion for an Order Authorizing Entry into a Lease Amendment with Liberty Property Limited Partnership [Docket No. 47 -filed November 17, 2009]

iii. Notice of Withdrawal [Docket No. 132 - filed December 29, 2009]

Status: The Debtors withdrew this matter on December 29, 2009. Accordingly, no hearing is necessary.

II. **UNCONTESTED MATTERS GOING FORWARD:**

5. Debtors' Motion for an Order Granting the Debtors Additional Time to File Reports of Financial Information Pursuant to Bankruptcy Rule 2015.3(a) [Docket No. 108 - filed December 3, 2009]

Objection Deadline: December 29, 2009 at 4:00 p.m. (EST)

Objections/Responses Received: None to date.

Related Documents: None to date.

Status: The hearing on this matter is going forward.

6. Application of the Debtors Pursuant to Sections 327 and 328 of the Bankruptcy Code and Bankruptcy Rule 2014 for Authorization to Retain and Employ KPMG LLP as Tax Consultants and Advisors *Nunc Pro Tunc* to the Commencement Date [Docket No. 113 - filed December 9, 2009]

    Objection Deadline: December 28, 2009 at 4:00 p.m. (EST)

    Objections/Responses Received: None to date.

    Related Documents: None to date.

    Status: The hearing on this matter is going forward.

7. Motion of Advantatennis Corp. for Authority to Reject Certain Sponsorship Contracts [Docket No. 123 - filed December 18, 2009]

    Objection Deadline: December 29, 2009 at 4:00 p.m. (EST)

    Objections/Responses Received: None to date.

    Related Documents: None to date.

    Status: The hearing on this matter is going forward.

8. Debtors' Motion for Authority to Reject that Certain Private Label Agreement [Docket No. 128 - filed December 21, 2009]

    Objection Deadline: December 29, 2009 at 4:00 p.m. (EST)

    Objections/Responses Received: None to date.

    Related Documents: None to date.

    Status: The hearing on this matter is going forward.

RLF1 3517693v.1

Dated: December 30, 2009
Wilmington, Delaware

*signature*

Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Chun I. Jang (No. 4790)
Zachary I. Shapiro (No. 5103)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

WEIL, GOTSHAL & MANGES LLP
Marcia L. Goldstein
Robert J. Lemons
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR
DEBTORS AND DEBTORS IN
POSSESSION