## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| IN RE ADVANTA CORP., *et al.*, | : | Case No. 09-13931 (KJC) |
| | : | (Jointly Administered) |
| Debtors. | : | |

### VERIFIED STATEMENT OF PHILLIPS, GOLDMAN & SPENCE, P.A. PURSUANT TO BANKRUPTCY RULE 2019

TO ALL PARTIES:

Phillips, Goldman & Spence, P.A. hereby makes the following verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1. Phillips, Goldman & Spence, P.A. has been retained to represent two creditors in the above-captioned chapter 11 cases. The names and contact addresses of these creditors ("Creditors") are set forth below:

> a. James and Mildred Lenhoff
> 132 Pigeon Run Drive
> Bear, DE 19701
>
> b. Ms. Michelle Rekstad
> Ms. M. Therese Cohen
> 15305 Jodphur Drive
> Bowie, MD 20721-7201

2. As of the Petition Date, each of the Creditors held claims based upon the purchase of Advanta Corp Notes.

3. As of the Petition Date, each of the Creditors were formerly engaged in pre-petition relationships with one or more of the Debtors.

PHILLIPS, GOLDMAN & SPENCE, P.A.

*A. Tucker*
--------------------------------
Stephen W. Spence, Esquire (#2033)
E. Ashley Tucker, Esquire (#5298)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210

Date: February 4, 2010