# United States Bankruptcy Court
_____ District Of Delaware_____

In re  Advanta Corp._____,                    Case No. 09-13931 (KJC)_____
                    Debtor

                                                           Chapter 11_____

                         FIRST AMENDED[1]
## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property |  | 1 | $ 0.00 |  |  |
| B - Personal Property |  | 36 | $ 290,699,890.72 |  |  |
| C - Property Claimed as Exempt |  | 1 |  |  |  |
| D - Creditors Holding Secured Claims |  | 2 |  | $ 0.00 |  |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) |  | 2 |  | $ 0.00 |  |
| F - Creditors Holding Unsecured Nonpriority Claims |  | 70 |  | $ 233,910,953.74 |  |
| G - Executory Contracts and Unexpired Leases |  | 43 |  |  |  |
| H - Codebtors |  | 5 |  |  |  |
| I - Current Income of Individual Debtor(s) | No |  |  |  | $ N/A |
| J - Current Expenditures of Individual Debtors(s) | No |  |  |  | $ N/A |
| TOTAL |  | 160 | $ 290,699,890.72 + UNDETERMINED AMOUNTS | $ 233,910,953.74 + UNDETERMINED AMOUNTS |  |

_____

[1] Amendments are highlighted. Only changed sheets are attached. Refer to Schedules filed on January 25, 2010 for remainder of the Schedules.

1

**In re  Advanta Corp.                                                   ,**          Case No.  09-13931 (KJC)
                        **Debtor**                                                                                     **(If known)**

# SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian," Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | SEE ATTACHED RIDER B.2 | | $98,381,680.27 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | BABYLON BUSINESS CAMPUS (STORAGE FACILITY RENTAL) | | $2,875.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | SEE ATTACHED RIDER B.9 | | UNDETERMINED |
| 10. Annuities. Itemize and name each issuer. | X | | | |

2

In re  Advanta Corp.                          ,            Case No. 09-13931 (KJC)
        **Debtor**                                                                 **(If known)**

# SCHEDULE B – PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | SEE ATTACHED RIDER B.13 | | UNDETERMINED |
| 14. Interests in partnerships or joint ventures. Itemize. | | INVESTMENT IN FLEET CREDIT CARD SERVICES, L.P. | | UNDETERMINED |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | SEE ATTACHED RIDER B.15 | | $1,498,763.00 |
| 16. Accounts receivable. | | SEE ATTACHED RIDER B.16 | | $177,146,298.24 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | SEE ATTACHED RIDER B.18 | | $1,469,206.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | SEE ATTACHED RIDER B.20 | | $8,500,000.00 |

In re: Advanta Corp.  Case No. 09-13931 (KJC)

SCHEDULE B -PERSONAL PROPERTY
Rider B.13 - Stocks and interests in incorporated businesses

| NAME OF BUSINESS | OWNERSHIP INTEREST | NET BOOK VALUE |
|---|---|---|
| ADVANTA ADVERTISING INC. | SUBSIDIARY | UNDETERMINED |
| ADVANTA BANK CORP. | SUBSIDIARY | UNDETERMINED |
| ADVANTA BANK HOLDING CORP. | SUBSIDIARY | UNDETERMINED |
| ADVANTA BUSINESS SERV HOLDING CORP. | SUBSIDIARY | UNDETERMINED |
| ADVANTA CAPITAL TRUST | SUBSIDIARY | UNDETERMINED |
| ADVANTA CREDIT CARD REC CORP. | SUBSIDIARY | UNDETERMINED |
| ADVANTA GCF GP CORP. | SUBSIDIARY | UNDETERMINED |
| ADVANTA GP CORP. | SUBSIDIARY | UNDETERMINED |
| ADVANTA INFO SERVICES INC. | SUBSIDIARY | UNDETERMINED |
| ADVANTA INSURANCE COMPANY | SUBSIDIARY | UNDETERMINED |
| ADVANTA INTERNATIONAL CORP. I | SUBSIDIARY | UNDETERMINED |
| ADVANTA INTERNATIONAL CORP. II | SUBSIDIARY | UNDETERMINED |
| ADVANTA INVESTMENT CORP. | SUBSIDIARY | UNDETERMINED |
| ADVANTA INVESTMENT CORP. II | SUBSIDIARY | UNDETERMINED |
| ADVANTA MORTGAGE HOLDING COMPANY | SUBSIDIARY | UNDETERMINED |
| ADVANTA SERVICE CORP. | SUBSIDIARY | UNDETERMINED |
| ADVANTA SHARED SERVICES CORP. | SUBSIDIARY | UNDETERMINED |
| ADVANTA VENTURES INC. | SUBSIDIARY | UNDETERMINED |
| VISA INC. | CLASS B COMMON STOCK (497,417 SHARES) | UNDETERMINED |
| | TOTAL | UNDETERMINED |

In re  Advanta Corp.                    ,           Case No.   09-13931 (KJC)
       **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> SUPERIOR INSURANCE CO 5900 N ANDREWS FORT LAUDERDALE, FL 33309 | | | UNCLAIMED FUNDS | X | | | $338.00 |
| ACCOUNT NO. <br> TAMBE, RAJESH R. 1309 FERNWOOD CT CHALFONT, PA 18914 | | | VARIOUS EMPLOYEE BENEFITS | | X | | UNDETERMINED |
| ACCOUNT NO. <br> THE BANK OF NEW YORK MELLON ATTN: DAVID M. KERR 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | | | SENIOR INDENTURE DATED OCTOBER 23, 1995 *THIS AMOUNT REPRESENTS THE AGGREGATE AMOUNT OWED AND AMOUNTS THAT ARE OWED TO EACH INDIVIDUAL ARE NOT SET FORTH HERIN | | | | $140,622,493.80 |
| ACCOUNT NO. <br> THE BANK OF NEW YORK MELLON FINANCIAL CONTROL BILLING DEPT. P.O. BOX 19445A NEWARK, NJ 07195-0445 | | | TRADE PAYABLE | | | | $19,143.06 |

Sheet no. __63__ of __69__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 140,641,974.86

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

5

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
:
*In re* : Chapter 11
:
ADVANTA CORP., : Case No. 09-13931 (KJC)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------x

## AMENDMENTS TO DEBTORS
## SCHEDULES OF ASSETS AND LIABILITIES

I, Phillip M. Browne, the Senior Vice President and Chief Financial Officer of Advanta Corp. declare under penalty of perjury, that the foregoing amended sheets are true and correct to the best of my knowledge and belief.

Dated: March 26, 2010

_____
Philip M. Browne
Senior Vice President and Chief Financial Officer