# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
*In re* : Chapter 11
:
**ADVANTA CORP.**, *et al.*, : Case No. 09-13931 (KJC)
:
Debtors.[1] : (Jointly Administered)
:
---------------------------------------------------------------x Re: Docket No. 770 and 810

## ORDER PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE FURTHER EXTENDING DEBTORS' EXCLUSIVE PERIODS FOR FILING A CHAPTER 11 PLAN AND SOLICITING ACCEPTANCES THEREOF

Upon the motion, dated September 3, 2010 (the "*Motion*") of Advanta Corp. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "*Debtors*"), pursuant to section 1121(d) of title 11 of the United States Code (the "*Bankruptcy Code*"), for an order further extending the exclusive period during which the Debtors may file a chapter 11 plan (the "*Plan Period*") and the period during which the Debtors may solicit acceptances thereof (the "*Solicitation Period*," and together with the Filing Period, the "*Exclusive Periods*"), all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Advanta Corp. (2070), Advanta Investment Corp. (5627), Advanta Business Services Holding Corp. (4047), Advanta Business Services Corp. (3786), Advanta Shared Services Corp. (7074), Advanta Service Corp. (5625), Advanta Advertising Inc. (0186), Advantennis Corp. (2355), Advanta Mortgage Holding Company (5221), Advanta Auto Finance Corporation (6077), Advanta Mortgage Corp. USA (2654), Advanta Finance Corp. (8991), Advanta Ventures Inc. (5127), BE Corp. (8960), ideablob Corp. (0726), Advanta Credit Card Receivables Corp. (7955), Great Expectations International Inc. (0440), Great Expectations Franchise Corp. (3326), and Great Expectations Management Corp. (3328).

the Notice Parties;[2] and the relief requested in the Motion being in the best interests of the Debtors, their creditors and their estates; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court, and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is GRANTED; and it is further

ORDERED pursuant to section 1121(d) of the Bankruptcy Code, each Debtor's Plan Period is extended through and including November 5, 2010; and it is further

ORDERED pursuant to section 1121(d) of the Bankruptcy Code, each Debtor's Solicitation Period is extended through and including January 3, 2011; and it is further

ORDERED that the extension of the Exclusive Periods granted herein is without prejudice to the Debtors seeking a further extension of the Exclusive Periods pursuant to section 1121(d) of the Bankruptcy Code and is without prejudice to any party in interest, including the Committee, contesting such further request or seeking to terminate any Exclusive Period prior to the extended dates set forth herein; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: September 21, 2010
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.