DACA 2010L, LP
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
Ph. 619-220-8900/ Fax 619-220-8112

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: ) CHAPTER 11
)
) Case No. 09-13931 (KJC)
Advanta Corp., et al., )
) **NOTICE OF TRANSFER OF CLAIM**
) **OTHER THAN FOR SECURITY AND**
Debtors. ) **WAIVER OF NOTICE**
)
) Bankruptcy Rule 3001(e)(2)

PLEASE TAKE NOTICE that the beneficial interest of **ELEANOR MALAFRONTE** ("Transferor") in claim number 941, and all other claims of Transferor, have been transferred and assigned other than for security to DACA 2010L, LP ("DACA"). Such beneficial interest against the Debtor and all other claims and rights to distribution have been transferred to DACA as evidenced by the signature of Transferor below. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above-described beneficial interest and claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I represent and warrant that the interest and claims referenced above have not been previously objected to, sold, or satisfied. I agree to deliver to DACA any correspondence or payments received subsequent to the date of this agreement and authorize DACA to take the steps necessary to transfer this interest and all claims we hold against the above debtor into their name. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

**TRANSFEROR:**
**ELEANOR MALAFRONTE**
**918 WHEELERS FMS RD MILFORD CT 06461**

Print Name _Eleanor Malafronte_ Title _owner_
Signature _918 Wheelers Fms Rd (Ee Malafronte)_ Date _11-18-10_
Updated Address (if needed) _Milford, Ct. 06461_
Phone _203-874-1352_ Fax _203-874-1352_ E-Mail ___

**TRANSFEREE:**
**DACA 2010L, LP**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature: _____
Andrew Whatnall

Mail Ref# -5500
2608674