**Exhibit D**

**(Liquidation Analysis)**

## LIQUIDATION ANALYSIS

### Overview

As described in section VIII(C)(1) of the Disclosure Statement, under section 1129(a)(7) of the Bankruptcy Code, the Bankruptcy Court may not confirm a Plan unless it provides each holder of a claim or equity interest who rejects the plan, with property of a value, as of the effective date of the plan, that is not less than the amount that such holder would receive or retain if the debtor was liquidated under chapter 7 of the Bankruptcy Code (the "***Best Interests Test***").  To demonstrate that the Plan satisfies the Best Interests Test, the Debtors have prepared this Liquidation Analysis which compares potential cash distributions to holders of estimated Allowed Claims and Equity Interests pursuant to the Plan to cash distributions assuming a hypothetical chapter 7 liquidation of all of the Debtors' assets (the "***Chapter 7 Liquidation***").

The Liquidation Analysis compares recoveries based on both a Higher Recovery and Lower Recovery scenario.  These scenarios reflect a range of (i) estimated Allowed Claims, (ii) costs required to wind down the estate, (iii) potential proceeds from the sale of art, and (iv) whether additional assets come into the Advanta estate pursuant to the Settlement Agreement. Other than assets referenced in clauses (iii) and (iv), estimated asset recoveries are assumed to be the same in both the Higher Recovery and Lower Recovery scenarios.  As reflected herein, holders of Claims and Equity Interests are expected to receive no less recovery from the Plan than from a Chapter 7 Liquidation under either scenario.  The recovery amounts reflected in the Liquidation Analysis do not take into account the time value of money.

The Liquidation Analysis is based on a forecast of asset recoveries and costs to wind down the Debtors' estates, which reflect a number of estimates and assumptions that, although considered reasonable by the Debtors, are inherently subject to significant economic uncertainties and contingencies beyond the Debtors' control and which could be subject to material change. **ACCORDINGLY, THERE CAN BE NO ASSURANCE THAT THE RECOVERIES REFLECTED HEREIN WOULD BE REALIZED IF THE DEBTORS WERE COMPLETELY LIQUIDATED PURSUANT TO THE PLAN OR A CHAPTER 7 LIQUIDATION AND ACTUAL RESULTS COULD VARY MATERIALLY FROM THOSE ESTIMATED IN THE LIQUIDATION ANALYSIS.** The Liquidation Analysis assumes that the liquidation proceeds would be distributed in accordance with the priorities required by sections 726 and 507 of the Bankruptcy Code.  Specifically, net value from liquidation of the assets after the payment of fees associated with the liquidation generally would be distributed first to satisfy holders of secured claims to the extent of the collateral value securing such claims. Next, value would flow to holders of unsecured claims beginning with unsecured administrative claims, second to priority unsecured claims, third to general unsecured claims, and fourth to equity interests.

The Higher Recovery and Lower Recovery scenarios included in the Liquidation Analysis reflect an estimated range of the amount of Claims that could ultimately be allowed by the Bankruptcy Court. These estimated ranges are based on the Debtors' records and filed proofs of Claim, and do not constitute an admission of liability by the Debtors. Unless otherwise noted herein, no order or finding has been entered by the Bankruptcy Court estimating or otherwise fixing the amount of claims within the projected range set forth in this Liquidation Analysis.

EX.D-1

**Chapter 7 Liquidation vs. Plan**

The Chapter 7 Liquidation assumes conversion of the Debtors' Chapter 11 Cases to chapter 7 cases on the Effective Date (the "***Conversion Date***").  On the Conversion Date, it is assumed that the Bankruptcy Court would appoint one or more Chapter 7 trustees (the "***Chapter 7 Trustees***") to oversee the liquidation of the Debtors, rather than the Trustees appointed by the Debtors pursuant to the Plan.  The Chapter 7 Trustees are expected to hire replacement professional firms to assist in the wind down of the Estate.

The Chapter 7 Liquidation assumes that the Chapter 7 Trustees will attempt to maximize recoveries for claimants in a manner similar to the approach of the Debtors' management or the Trustees.  Both the Plan and the Chapter 7 Liquidation analysis assume that the majority of the Debtors' saleable assets, with the exception of the Debtors' portfolio of business credit card receivables (the "***Receivables Portfolio***") and certain other assets for which no near-term market exists, will be liquidated no later than March 31, 2011.  However, the Plan assumes that the Debtors will gradually wind down the Receivables Portfolio over time and incur the associated overhead and servicing costs, while the Chapter 7 Liquidation assumes the Chapter 7 Trustees will sell the Receivables portfolio at a discount on March 31, 2011, in order to expeditiously wind down the Debtors' estates, and close the chapter 7 cases soon thereafter.

The Debtors believe there is considerable risk that the appointment of one or more Chapter 7 Trustees and the hiring of replacement professionals not already intimately familiar with the Debtors' assets and the Chapter 11 Cases may result in significant additional claims or costs to the Debtors that would not otherwise be triggered by trustees or professional firms already familiar with these matters.

No recovery or related litigation costs attributed to any potential avoidance actions under the Bankruptcy Code, including potential preference or fraudulent transfer actions are assumed within this analysis.  However, it is expected that either the Plan or a Chapter 7 Liquidation would result in a similar amount of recovery and costs.

**Liquidation Analysis Notes**

**(see attached charts)**

### (a) Cash and Equivalents

Cash is based on the cash balance on the Debtors' financial statements as of August 31, 2010 and includes: (i) cash at Republic First Bank ("***RFB***") and Wachovia, and (ii) investments in a Dreyfus account.  The cash held at RFB is currently guaranteed under the Transaction Account Guarantee Program.

### (b) Credit Card Receivables, Net

Credit Card Receivables, Net reflects the Debtors' estimated recovery from its Receivable Portfolio, net of expected losses.  For purposes of the Chapter 7 Liquidation, the portfolio is assumed to be sold on March 31, 2011 for a 60% discount from its expected face value on that date. This assumption is pursuant to a reasonable estimate by the Debtors, as well as an unsolicited bid received to date.

### (c) Visa Shares

Visa Shares represents an investment in the Class B common stock of Visa, Inc. The Class B shares are not publicly traded but are convertible at a conversion rate, upon satisfaction of transfer restrictions, to publicly traded Class A Shares.  The recovery reflects the current market value for the converted amount of Class A shares, based on a $68.98 per Class A share price (as of August 31, 2010), but adjusted for the impact of possible outcomes to the outstanding litigation (between Visa USA and third parties) and the potential impact on the litigation reserve.  The 52-week price range for Visa, Inc. Class A shares was $66.54 to $97.19 as of 8/31/10.

### (d) Other Assets

Other Assets include the Debtors' investments in subsidiary non-debtor insurance companies, a portfolio of contemporary art, investments in the Class D note tranche of the Advanta securitization trust, beneficial interests in insurance policies, a portfolio of charged-off business credit card receivables, and other less material assets.  For purposes of the Liquidation Analysis, the majority of these assets are assumed to be sold in a similar manner and for the same recovery in either the Plan or a Chapter 7 Liquidation.

### (e) *Inter-Debtor Receivables*

Inter-Debtor Receivables reflect the Debtors' books and records as of August 31, 2010, but are adjusted for (i) the rights by each Debtor to setoff claims against one another, and (ii) the allocation of restructuring professional fees and post-confirmation Trustees or Chapter 7 Trustees' fees to each Debtor based on a percentage of recoverable assets. It is assumed that the AC Trust (under the Plan) or Advanta (in a chapter 7 liquidation scenario) will continue to make payments on behalf of all Debtors for these costs, and assert administrative claims against each Debtor for reimbursement.

### (f) *Investments in Subsidiary Debtors*

Investments in Subsidiary Debtors include equity interests held by a Debtor in a subsidiary Debtor. In the Liquidation Analysis, all Debtors not included in the Consolidated Debtors are subsidiaries of the Consolidated Debtors, with the exception of Advanta Finance Corp., which is a subsidiary of AMUSA.

### (g) *Wind Down Costs*

Wind Down Costs include (i) the costs to facilitate the wind-down of the Debtors' estate, and (ii) restructuring professional fees for retained chapter 11 professionals, as well as for post-confirmation trustees or Chapter 7 Trustees and their advisors. As mentioned previously, it is assumed that the AC Trust (under the Plan) or Advanta (in a chapter 7 liquidation scenario) will continue to make professional fee payments and assert administrative claims against each Debtor for reimbursement.

In both the Higher Recovery and Lower Recovery scenarios, the Chapter 7 Liquidation analysis takes into consideration, (i) savings of approximately $1.8 million related to servicing fees for the Receivable Portfolio forecasted after March 2011, based on the assumption that Chapter 7 Trustees would sell the portfolio by that time, and (ii) savings of approximately $1.2 million related to all overhead costs forecasted after mid-2011, the assumed completion date of the chapter 7 cases. In addition, the Lower Recovery Scenario for the Chapter 7 Liquidation excludes approximately $1.5 million of additional cost contingency for overhead costs forecasted after the assumed completion date of the chapter 7 cases.

### (h) *Administrative Claims*

Administrative Claims reflect an estimated range of claims that may ultimately be allowable as Administrative Claims, based on a review of the Debtors books and records, filed proofs of Claim and claims expected to be filed during the pendency of these cases. Administrative Claims include post-petition trade claims, post-petition tax claims, and intercompany claims for expenses incurred since the Commencement Date. It excludes post-petition expenses that are otherwise reflected as wind-down costs for purposes of this analysis.

Inter-Debtor Administrative Claims include an allocation of professional fees for retained chapter 11 professionals as well as for a post-Effective Date trustees or Chapter 7 Trustees and their advisors. As mentioned previously, it is assumed that the AC Trust (under the Plan) or Advanta (in a chapter 7 liquidation scenario) will continue to make professional fee

EX.D-4

payments and assert Administrative Claims against each Debtor for reimbursement. Administrative Claims are still being reviewed and are subject to the claims reconciliation process.

### (i) Priority Claims

Priority Claims reflect an estimated range of claims that may ultimately be allowable as Priority Claims, based on a review of the Debtors' books and records and filed proofs of Claim. Priority Claims primarily include priority tax claims and employee claims up to the statutory $10,950 cap. Priority Claims are still being reviewed and are subject to the claims reconciliation process.

### (j) Secured Claims

Secured Claims reflect an estimated range of claims that may ultimately be allowable as Secured Claims, based on a review of the Debtors' books and records and filed Proofs of Claim. Secured Claims are still being reviewed and are subject to the claims reconciliation process.

### (k) Investment Notes and RediReserve Certificates

Investment Notes and RediReserve Certificates Claims includes fixed rate Investment Notes and variable rate RediReserve Certificates. Approximately $140.6 million of Claims are assumed to be allowable for purposes of this analysis.

### (l) General Unsecured Claims

General Unsecured Claims reflect an estimated range of Claims that may ultimately be allowed as General Unsecured Claims, based on a review of the Debtors books and records and filed proofs of Claim. General Unsecured Claims include trade Claims, Employee Claims, Intercompany Claims (adjusted for the rights of each Debtor to setoff claims against one another), tax Claims, lease or executory contract rejection Claims, litigation related claims, contingent unsecured Claims such as the settlement agreement with the FDIC and other Allowed Claims. Unsecured Claims are still being reviewed and are subject to the claims reconciliation process. The difference between the amount of Claims reflected in the Higher Recovery Scenario and the Lower Recovery Scenario reflects an estimated range of potential Claims that may be deemed allowable by the Bankruptcy Court.

### (m) Subordinated Notes

Subordinated Notes reflect the 8.99% Junior Subordinated Deferrable Interest Notes. Approximately $96.5 million of Subordinated Notes Claims are assumed to be allowed for purposes of this analysis.

Pursuant to provisions in the 8.99% Indenture, the Subordinated Notes are subordinated to the Investment Notes and RediReserve Certificates, whereby any distribution to which the Subordinated Notes are otherwise entitled must be paid to the Investment Notes and RediReserve certificate until they are paid in full.

**Liquidation Analysis**
**Consolidated Debtors**

*($'s in 000's)*

| PROCEEDS | Notes | Higher Recovery Scenario | | Lower Recovery Scenario | |
|---|---|---|---|---|---|
| | | Plan | Chapter 7 | Plan | Chapter 7 |
| Cash & Equivalents | a | $ 105,811.3 | $ 105,811.3 | $ 105,811.3 | $ 105,811.3 |
| Credit Card Receivables, Net | b | 23,710.7 | 14,413.3 | 23,710.7 | 14,413.3 |
| Visa Shares | c | 15,653.1 | 15,653.1 | 15,653.1 | 15,653.1 |
| Other Assets | d | 42,372.7 | 42,372.7 | 36,972.7 | 36,972.7 |
| Inter-Debtor Receivables | e | 7,957.2 | 7,959.0 | 7,054.5 | 6,993.8 |
| Investment in Subsidiary Debtors | f | 6,034.6 | 5,707.5 | 383.9 | 373.2 |
| **Gross Proceeds** | | **201,539.6** | **191,916.9** | **189,586.3** | **180,217.5** |
| Wind-Down Costs | g | (21,730.2) | (18,773.3) | (31,806.3) | (27,354.4) |
| **Net Proceeds Available for Claims** | | **$ 179,809.4** | **$ 173,143.6** | **$ 157,780.0** | **$ 152,863.0** |
| **CLAIMS SUMMARY** | | | | | |
| Administrative Claims | h | $ 1,984.0 | $ 1,880.6 | $ 2,145.4 | $ 2,072.5 |
| Secured Claims | i | 42.3 | 42.3 | 58.5 | 58.5 |
| Priority Claims | j | 76.4 | 76.4 | 178.7 | 178.7 |
| Total Admin/Secured/Priority Claims | | 2,102.6 | 1,999.2 | 2,382.6 | 2,309.8 |
| Recovery $ | | 2,102.6 | 1,999.2 | 2,382.6 | 2,309.8 |
| **Recovery %** | | **100.0%** | **100.0%** | **100.0%** | **100.0%** |
| Investment Notes and RediReserve Certificates Claims | k | $ 140,622.5 | $ 140,622.5 | $ 140,622.5 | $ 140,622.5 |
| Recovery $[1] | | 140,622.5 | 140,622.5 | 90,614.7 | 87,790.0 |
| **Recovery %** | | **100.0%** | **100.0%** | **64.4%** | **62.4%** |
| General Unsecured Claims | l | $ 12,018.3 | $ 12,018.3 | $ 171,803.8 | $ 171,803.8 |
| Recovery $ | | 8,572.0 | 8,255.5 | 64,782.7 | 62,763.2 |
| **Recovery %** | | **71.3%** | **68.7%** | **37.7%** | **36.5%** |
| Subordinated Notes Claims | m | $ 96,511.6 | $ 96,511.6 | $ 99,688.0 | $ 99,688.0 |
| Recovery $[1] | | 28,512.3 | 22,266.4 | - | - |
| **Recovery %** | | **29.5%** | **23.1%** | **0.0%** | **0.0%** |
| **Equity Recovery $** | | **$ -** | **$ -** | **$ -** | **$ -** |

(1)  Pursuant to provisions in the indenture, the Subordinated Notes are subordinated to the Investment Notes and RediReserve Certificates, whereby any distribution to which
the Subordinated Notes are otherwise entitled must be paid to the Investment Notes and RediReserve Certificates until it is paid in full.  Any incremental amounts would be
payable to the Subordinated Notes

EX.D-6

**Liquidation Analysis**
**Advanta Finance Corp.**

*($'s in 000's)*

| PROCEEDS | Notes | Higher Recovery Scenario | | Lower Recovery Scenario | |
|---|---|---|---|---|---|
| | | Plan | Chapter 7 | Plan | Chapter 7 |
| Cash & Equivalents | a | $ 5.0 | $ 5.0 | $ 5.0 | $ 5.0 |
| Credit Card Receivables, Net | b | - | - | - | - |
| Visa Shares | c | - | - | - | - |
| Other Assets | d | - | - | - | - |
| Inter-Debtor Receivables | e | 45,115.9 | 45,092.0 | 11,133.1 | 10,787.1 |
| Investment in Subsidiary Debtors | f | - | - | - | - |
| **Gross Proceeds** | | **45,120.9** | **45,097.0** | **11,138.1** | **10,792.1** |
| **Wind-Down Costs** | g | **N/A** | **N/A** | **N/A** | **N/A** |
| **Net Proceeds Available for Claims** | | **$ 45,120.9** | **$ 45,097.0** | **$ 11,138.1** | **$ 10,792.1** |
| | | | | | |
| **CLAIMS SUMMARY** | | | | | |
| Administrative Claims | h | $ 1.4 | $ 1.5 | $ 1.5 | $ 1.5 |
| Secured Claims | i | 2.1 | 2.1 | 2.1 | 2.1 |
| Priority Claims | j | 0.1 | 0.1 | 0.1 | 0.1 |
| Total Admin/Secured/Priority Claims | | 3.6 | 3.7 | 3.6 | 3.7 |
| Recovery $ | | 3.6 | 3.7 | 3.6 | 3.7 |
| **Recovery %** | | **100.0%** | **100.0%** | **100.0%** | **100.0%** |
| | | | | | |
| General Unsecured Claims | l | $ 5.2 | $ 5.2 | $ 5.2 | $ 5.2 |
| Recovery $ | | 5.2 | 5.2 | 5.2 | 5.2 |
| **Recovery %** | | **100.0%** | **100.0%** | **100.0%** | **100.0%** |
| | | | | | |
| **Equity Recovery $** | | **$ 45,112.2** | **$ 45,088.2** | **$ 11,129.3** | **$ 10,783.2** |

EX.D-7

**Liquidation Analysis**
**Advanta Auto Finance Corp.**

($'s in 000's)

| PROCEEDS | Notes | Higher Recovery Scenario | | Lower Recovery Scenario | |
|---|---|---|---|---|---|
| | | Plan | Chapter 7 | Plan | Chapter 7 |
| Cash & Equivalents | a | $ 85.5 | $ 85.5 | $ 85.5 | $ 85.5 |
| Credit Card Receivables, Net | b | - | - | - | - |
| Visa Shares | c | - | - | - | - |
| Other Assets | d | - | - | - | - |
| Inter-Debtor Receivables | e | 597.8 | 575.9 | 314.4 | 304.6 |
| Investment in Subsidiary Debtors | f | - | - | - | - |
| **Gross Proceeds** | | **683.3** | **661.4** | **399.9** | **390.1** |
| **Wind-Down Costs** | g | **N/A** | **N/A** | **N/A** | **N/A** |
| **Net Proceeds Available for Claims** | | **$ 683.3** | **$ 661.4** | **$ 399.9** | **$ 390.1** |
| | | | | | |
| CLAIMS SUMMARY | | | | | |
| Administrative Claims | h | $ 9.8 | $ 10.7 | $ 10.2 | $ 11.1 |
| Secured Claims | i | - | - | - | - |
| Priority Claims | j | 2.7 | 2.7 | 2.9 | 2.9 |
| Total Admin/Secured/Priority Claims | | 12.4 | 13.4 | 13.1 | 14.0 |
| Recovery $ | | 12.4 | 13.4 | 13.1 | 14.0 |
| **Recovery %** | | **100.0%** | **100.0%** | **100.0%** | **100.0%** |
| | | | | | |
| General Unsecured Claims | l | $ 2.8 | $ 2.8 | $ 2.9 | $ 2.9 |
| Recovery $ | | 2.8 | 2.8 | 2.9 | 2.9 |
| **Recovery %** | | **100.0%** | **100.0%** | **100.0%** | **100.0%** |
| | | | | | |
| **Equity Recovery $** | | **$ 668.1** | **$ 645.3** | **$ 383.9** | **$ 373.2** |

EX.D-8

**Liquidation Analysis**
**Advanta Mortgage Corp. USA**

($'s in 000's)

| PROCEEDS | Notes | Higher Recovery Scenario | | Lower Recovery Scenario | |
|---|---|---|---|---|---|
| | | Plan | Chapter 7 | Plan | Chapter 7 |
| Cash & Equivalents | a | $ 50.0 | $ 50.0 | $ 50.0 | $ 50.0 |
| Credit Card Receivables, Net | b | - | - | - | - |
| Visa Shares | c | - | - | - | - |
| Other Assets | d | - | - | - | - |
| Inter-Debtor Receivables | e | 4,774.1 | 4,597.8 | 2,523.9 | 2,445.3 |
| Investment in Subsidiary Debtors | f | 45,112.2 | 45,088.2 | 11,129.3 | 10,783.2 |
| **Gross Proceeds** | | **49,936.2** | **49,736.0** | **13,703.2** | **13,278.4** |
| **Wind-Down Costs** | g | **N/A** | **N/A** | **N/A** | **N/A** |
| **Net Proceeds Available for Claims** | | **$ 49,936.2** | **$ 49,736.0** | **$ 13,703.2** | **$ 13,278.4** |
| | | | | | |
| CLAIMS SUMMARY | | | | | |
| Administrative Claims | h | $ 6.6 | $ 7.2 | $ 6.9 | $ 7.4 |
| Secured Claims | i | 5.8 | 5.8 | 5.8 | 5.8 |
| Priority Claims | j | 1.6 | 1.6 | 5.1 | 5.1 |
| Total Admin/Secured/Priority Claims | | 14.0 | 14.6 | 17.8 | 18.4 |
| Recovery $ | | 14.0 | 14.6 | 17.8 | 18.4 |
| **Recovery %** | | **100.0%** | **100.0%** | **100.0%** | **100.0%** |
| | | | | | |
| General Unsecured Claims | l | $ 45,565.2 | $ 45,565.2 | $ 56,397.5 | $ 56,397.5 |
| Recovery $ | | 45,565.2 | 45,565.2 | 13,685.4 | 13,260.1 |
| **Recovery %** | | **100.0%** | **100.0%** | **24.3%** | **23.5%** |
| | | | | | |
| **Equity Recovery $** | | **$ 4,357.0** | **$ 4,156.1** | **$ -** | **$ -** |

EX.D-9

**Liquidation Analysis**
**Advanta Shared Services Corp.**

($'s in 000's)

| PROCEEDS | Notes | Higher Recovery Scenario | | Lower Recovery Scenario | |
|---|---|---|---|---|---|
| | | Plan | Chapter 7 | Plan | Chapter 7 |
| Cash & Equivalents | a | $ 475.8 | $ 475.8 | $ 475.8 | $ 475.8 |
| Credit Card Receivables, Net | b | - | - | - | - |
| Visa Shares | c | - | - | - | - |
| Other Assets | d | 7,710.2 | 7,710.2 | 5,592.2 | 5,592.2 |
| Inter-Debtor Receivables | e | 1,931.3 | 1,827.9 | 2,089.4 | 2,016.6 |
| Investment in Subsidiary Debtors | f | - | - | - | - |
| **Gross Proceeds** | | **10,117.3** | **10,013.8** | **8,157.4** | **8,084.5** |
| Wind-Down Costs | g | **N/A** | **N/A** | **N/A** | **N/A** |
| **Net Proceeds Available for Claims** | | $ **10,117.3** | $ **10,013.8** | $ **8,157.4** | $ **8,084.5** |
| | | | | | |
| CLAIMS SUMMARY | | | | | |
| Administrative Claims | h | $ 0.0 | $ 0.0 | $ 0.9 | $ 0.9 |
| Secured Claims | i | - | - | - | - |
| Priority Claims | j | - | - | 2.0 | 2.0 |
| Total Admin/Secured/Priority Claims | | 0.0 | 0.0 | 3.0 | 3.0 |
| Recovery $ | | 0.0 | 0.0 | 3.0 | 3.0 |
| **Recovery %** | | **100.0%** | **100.0%** | **100.0%** | **100.0%** |
| | | | | | |
| General Unsecured Claims | l | $ 9,107.7 | $ 9,107.7 | $ 9,208.5 | $ 9,208.5 |
| Recovery $ | | 9,107.7 | 9,107.7 | 8,154.4 | 8,081.6 |
| **Recovery %** | | **100.0%** | **100.0%** | **88.6%** | **87.8%** |
| | | | | | |
| **Equity Recovery $** | | $ **1,009.5** | $ **906.1** | $ **-** | $ **-** |

EX.D-10

**Liquidation Analysis**
**Advantennis Corp.**

($'s in 000's)

| PROCEEDS | Notes | Higher Recovery Scenario | | Lower Recovery Scenario | |
|---|---|---|---|---|---|
| | | Plan | Chapter 7 | Plan | Chapter 7 |
| Cash & Equivalents | a | $ 61.4 | $ 61.4 | $ 61.4 | $ 61.4 |
| Credit Card Receivables, Net | b | - | - | - | - |
| Visa Shares | c | - | - | - | - |
| Other Assets | d | - | - | - | - |
| Inter-Debtor Receivables | e | - | - | - | - |
| Investment in Subsidiary Debtors | f | - | - | - | - |
| **Gross Proceeds** | | **61.4** | **61.4** | **61.4** | **61.4** |
| **Wind-Down Costs** | g | **N/A** | **N/A** | **N/A** | **N/A** |
| **Net Proceeds Available for Claims** | | **$ 61.4** | **$ 61.4** | **$ 61.4** | **$ 61.4** |
| | | | | | |
| CLAIMS SUMMARY | | | | | |
| Administrative Claims | h | $ 6.6 | $ 7.4 | $ 7.0 | $ 7.7 |
| Secured Claims | i | - | - | - | - |
| Priority Claims | j | - | - | - | - |
| Total Admin/Secured/Priority Claims | | 6.6 | 7.4 | 7.0 | 7.7 |
| Recovery $ | | 6.6 | 7.4 | 7.0 | 7.7 |
| **Recovery %** | | **100.0%** | **100.0%** | **100.0%** | **100.0%** |
| | | | | | |
| General Unsecured Claims | l | $ 22,269.9 | $ 22,269.9 | $ 22,269.9 | $ 22,269.9 |
| Recovery $ | | 54.8 | 54.1 | 54.5 | 53.8 |
| **Recovery %** | | **0.2%** | **0.2%** | **0.2%** | **0.2%** |
| | | | | | |
| **Equity Recovery $** | | **$ -** | **$ -** | **$ -** | **$ -** |

EX.D-11