UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
*In re* : Chapter 11
:
ADVANTA CORP., *et al.*, : Case No. 09-13931 (KJC)
:
Debtors.[1] : (Jointly Administered)
:
: Hearing Date: February 10, 2011 at 1:00 p.m.
---------------------------------------------------------------x Obj. Deadline: February 1, 2011 at 5:00 p.m.

**NOTICE OF (I) APPROVAL OF THE
PROPOSED DISCLOSURE STATEMENT, (II) ESTABLISHMENT OF
SOLICITATION AND VOTING PROCEDURES, (III) SCHEDULING A
CONFIRMATION HEARING, AND (IV) ESTABLISHMENT OF NOTICE AND
OBJECTION PROCEDURES FOR CONFIRMATION OF THE PROPOSED PLAN**

TO ALL PARTIES IN INTEREST IN ADVANTA CORP. ("ADVANTA") AND ITS AFFILIATED DEBTORS IN THE ABOVE-REFERENCED CHAPTER 11 CASES (COLLECTIVELY, THE "DEBTORS"), PLEASE TAKE NOTICE THAT:

**Approval of Disclosure Statement**. By order, dated December 17, 2010 (the "*Disclosure Statement Order*"), the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") approved the Debtors' disclosure statement (the "*Disclosure Statement*") for the *Debtors' Joint Plan Under Chapter 11 of the Bankruptcy Code,* dated November 2, 2010 (the "*Proposed Plan*") pursuant to chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). The Disclosure Statement Order authorizes the Debtors to solicit votes to accept or reject the Debtors' Proposed Plan.

**Confirmation Hearing**. The Bankruptcy Court shall hold a hearing (the "*Confirmation Hearing*") to consider the confirmation of the Proposed Plan on **February 10, 2011 at 1:00 p.m. (Eastern Standard Time)**, before The Honorable Kevin J. Carey, United States Bankruptcy Judge, in Room 5 of the Bankruptcy Court, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801. The Confirmation Hearing may be continued from time to time without further notice other than the announcement by the Debtors in open court of the adjourned date(s) at the Confirmation Hearing or any continued hearing or as indicated in any notice of agenda of matters scheduled for hearing filed with the Bankruptcy Court. The Debtors may modify the Proposed Plan, if necessary, prior to, during, or as a result of the Confirmation Hearing in accordance with the terms of the Proposed Plan without further notice.

---

[1] The Debtors in these jointly administered chapter 11 cases are Advanta, Advanta Investment Corp., Advanta Business Services Holding Corp., Advanta Business Services Corp., Advanta Shared Services Corp., Advanta Service Corp., Advanta Advertising Inc., Advantennis Corp., Advanta Mortgage Holding Company, Advanta Auto Finance Corporation, Advanta Mortgage Corp. USA, Advanta Finance Corp., Advanta Ventures Inc., BE Corp., ideablob Corp., Advanta Credit Card Receivables Corp., Great Expectations International Inc., Great Expectations Franchise Corp., and Great Expectations Management Corp.

**Voting Procedures**.  Certain holders of impaired claims against or equity interests in the Debtors' estates as of **December 16, 2010** (the "***Record Date***") are entitled to vote.  If you hold such a claim or equity interest, you will receive a solicitation package which shall include a copy of (i) the Disclosure Statement Order, (ii) this Notice, (iii) a hard copy of, or a CD-ROM containing, the Disclosure Statement, attached to which is the Proposed Plan, and (iv) one or more ballots.  Please review the ballot(s) and the attached instructions for how to vote on the Proposed Plan.  Failure to follow the voting instructions may disqualify your vote.

**Voting Deadline**.  The deadline to vote on the Proposed Plan is **February 1, 2011 at 5:00 p.m. (Eastern Standard Time)** (the "***Voting Deadline***").  The Debtors' solicitation agent, The Garden City Group, Inc., must **receive** your ballot by the Voting Deadline, otherwise your vote will not be counted.

**Parties in Interest Not Entitled to Vote**.  Holders of unimpaired and certain impaired claims against or equity interests in the Debtors' estates are not entitled to vote.  If you hold such a claim or equity interest, you will receive a notice of your non-voting status.

**Objections to Confirmation**.  Objections or responses to confirmation of the Proposed Plan, if any, must (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***") and the Local Rules for the Bankruptcy Court; (iii) set forth the name of the objecting party, the nature and amount of claims or equity interests held or asserted by the objecting party against the Debtors' estates or property and (iv) provide the basis for the objection and the specific grounds therefor.

All objections and responses to the confirmation of the Proposed Plan must be filed with the Bankruptcy Court, together with proof of service, and served, so as to be received no later than **February 1, 2011 at 5:00 p.m. (Eastern Standard Time)**, upon:

| **Debtors** | **Counsel to the Debtors** |
|---|---|
| Advanta Corp.<br>Plymouth Corporate Center<br>625 W. Ridge Pike<br>Building E, Suite 100<br>Conshohocken, Pennsylvania 19428<br>Attn:  Jay A. Dubow | Weil, Gotshal & Manges LLP,<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn: Robert J. Lemons<br>          Victoria Vron |
| **Office of the U.S. Trustee** | **Counsel to the Statutory Committee of Unsecured Creditors** |
| The Office of the United States Trustee<br>844 King Street<br>Suite 2207<br>Wilmington, Delaware 19801<br>Attn:  David M. Klauder | Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022-4834<br>Attn: Roger G. Schwartz<br>          Adam J. Goldberg |

Pursuant to Bankruptcy Rule 3020(b), if no objection to confirmation of the Proposed Plan is timely filed, the Bankruptcy Court may determine that the Proposed Plan has

been proposed in good faith and not by any means forbidden by law without receiving evidence on such issues.

**Additional Information**. For more information about the solicitation procedures, please contact The Garden City Group, Inc., the Debtors' solicitation agent, at (866) 697-5647. To obtain a copy of the Disclosure Statement Order, the Disclosure Statement, the Proposed Plan, or any related documents, please contact The Garden City Group, Inc. or visit the Debtors' website at **www.advantareorg.com**. **Please note that the Solicitation Agent is not permitted to give legal advice.**

**The Proposed Plan enjoins any party from, among other things, pursuing their claims and interests against the Debtors and channeling all claims against the Debtors to the applicable Liquidating Trust. With certain exceptions, the Proposed Plan also exculpates certain parties, including the Debtors and their officers, directors and employees, from liability for any actions taken postpetition in connection with the Debtors' chapter 11 cases. Please refer to Article X of the Proposed Plan for additional information.**

Dated: December 17, 2010
　　　　Wilmington, Delaware

/s/ *Zachary I. Shapiro*
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Chun I. Jang (No. 4790)
Zachary I. Shapiro (No. 5103)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

WEIL, GOTSHAL & MANGES LLP
Marcia L. Goldstein
Robert J. Lemons
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR
DEBTORS AND DEBTORS IN
POSSESSION