# SIGN-IN-SHEET

**CASE NAME: Advanta Corp**
**CASE NO: 09-13931 -KJC**

**COURTROOM LOCATION: 5**
**DATE: 2/10/11**

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michael Etkin | Lowenstein Sandller | ERISA and Securities Class Lead Plaintiffs |
| Howard Cohen | Drinker Biddle + Reath | Committee |
| Robert Malone | | ~ |
| Roger Schwartz | Latham + Watkins | ~ |
| Cathrine Martin | '' | ~ |
| Aaron Conley | '' | ~ |
| Karen Gwinn | Cole Schotz | Underland Class Plaintiff |
| John Drucker | Cole Schotz | Underland Class Plaintiff |
| Laurie Binder | Seward + Kissel | The Bank of NY Mellon |
| Rob Lemons | Weil Gotshal | Debtors |
| Vicky Vron | '' | '' '' |
| Paul Heath | RLF | '' '' |
| Zach Shapiro | '' '' | '' '' |

# SIGN - IN - SHEET

**CASE NAME:** Advanta Corp
**CASE NO:** 09-13931 -KJC

**COURTROOM LOCATION: 5**
**DATE:** 2/10/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|---------------------|---------------------|
| Lea Eisenberg | Arent Fox LLP | Law Debenture |
| David Klauder | U.S. Trustee | U.S. Trustee |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

Calendar Date: 02/10/2011

Calendar Time: 01:00 PM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Advanta Corp., et al. | 09-13931 | Hearing | 4029057 | Kelley Cornish | 212-373-3493 | Paul Weiss Rifkind Wharton & | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| | | Advanta Corp., et al. | 09-13931 | Hearing | 4030323 | John Depman | (404) 222-3000 | KPMG | Client, KPMG, LLP / LIVE |
| | | Advanta Corp., et al. | 09-13931 | Hearing | 4028209 | Neil Desai | (212) 889-3088 | Primeshares World Markets | Interested Party, Neil Desai / LISTEN ONLY |
| | | Advanta Corp., et al. | 09-13931 | Hearing | 4025808 | Whitman L. Holt | (310) 407-4055 | Klee, Tuchin, Bogdanoff & Stern, LLP | Interested Party, Lapis Advisers / LISTEN ONLY |
| | | Advanta Corp., et al. | 09-13931 | Hearing | 4030346 | Jeffrey Stein | (631) 470-6834 | The Garden City Group, Inc. | Representing, The Garden City Group, Inc. / LIVE |
| | | Advanta Corp., et al. | 09-13931 | Hearing | 4033014 | Robert J. Tennenbaum | (212) 872-7456 | Akin Gump Strauss Hauer & Feld, | Creditor, Stonehill Capital / LISTEN ONLY |

Peggy Drasal

CourtConfCal2009