**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------x
                        :

*In re*                      :         Chapter 11

                        :

ADVANTA CORP., *et al.*,      :         Case No. 09-13931 (KJC)

                        :

           Debtors.[1]      :         (Jointly Administered)

                        :

                        :         **Re: Docket Nos. 895, 1134, 1135, 1151, 1153 & 1171**

---------------------------------------------------------x

**CERTIFICATION OF COUNSEL REGARDING ORDER**
**CONFIRMING DEBTORS' JOINT PLAN UNDER**
**CHAPTER 11 OF THE BANKRUPTCY CODE, AS MODIFIED**

The undersigned hereby certifies as follows:

        1.       On November 2, 2010, Advanta Corp. ("***Advanta***") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together with Advanta, the "***Debtors***"), filed, among other things, the *Debtors' Joint Plan Under Chapter 11 of the Bankruptcy Code* [Docket No. 895] (as modified on February 8, 2010 [Docket No. 1151], the "***Plan***"), with the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***").

        2.       On February 8, 2011, the Debtors filed the *Notice of Filing of Proposed Order Confirming Debtors' Joint Plan Under Chapter 11 of the Bankruptcy Code, as Modified*

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are Advanta Corp. (2070), Advanta Investment Corp. (5627), Advanta Business Services Holding Corp. (4047), Advanta Business Services Corp. (3786), Advanta Shared Services Corp. (7074), Advanta Service Corp. (5625), Advanta Advertising Inc. (0186), Advantennis Corp. (2355), Advanta Mortgage Holding Company (5221), Advanta Auto Finance Corporation (6077), Advanta Mortgage Corp. USA (2654), Advanta Finance Corp. (8991), Great Expectations International Inc. (0440), Great Expectations Franchise Corp. (3326), Great Expectations Management Corp. (3328), Advanta Ventures Inc. (5127), BE Corp. (8960), ideablob Corp. (0726), and Advanta Credit Card Receivables Corp. (7955).

[Docket No. 1153] (the "***Notice***").  Attached to the Notice as Exhibit A was a proposed form of order confirming the Plan (the "***Originally Proposed Confirmation Order***").[2]

3.    On February 10, 2011, the Bankruptcy Court held a hearing on confirmation of the Plan (the "***Confirmation Hearing***"). As indicated in the amended hearing agenda for the Confirmation Hearing [Docket No. 1162], the only objections to the Plan which were not resolved as of the start of the Confirmation Hearing where those objections filed by the plaintiffs in the Securities Litigation and the ERISA Litigation [Docket Nos. 1134 & 1135, respectively] (together, the "***Class Plaintiffs' Objections***").

4.    At the Confirmation Hearing, the Bankruptcy Court heard oral argument on the Class Plaintiffs' Objections and, ultimately, confirmed the Plan, subject to the Debtors, the Official Committee of Unsecured Creditors and the plaintiffs in the Securities Litigation and the ERISA Litigation agreeing on language to be inserted in the order confirming the Plan and in the Plan (collectively, the "***Parties***").

5.    The Parties have agreed on language to be inserted in the order confirming the Plan and in the Plan (the "***Agreed Language***"). On the date hereof, the Debtors filed a modified Plan [Docket No. 1171] containing the Agreed Language.  Moreover, attached hereto as ***Exhibit A*** is a revised order confirming the Modified Plan that contains the Agreed Language (the "***Revised Confirmation Order***").   For the convenience of the Bankruptcy Court and all parties in interest, a blackline of the Revised Confirmation Order against the Originally Proposed Confirmation Order is attached hereto as ***Exhibit B***.

---

[2] Capitalized terms used herein and not otherwise defined shall have the meaning given to them in the Originally Proposed Confirmation Order.

RLF1 3803502v. 1

WHEREFORE, the Debtors respectfully request that the Revised Confirmation Order, substantially in the form attached hereto as ***Exhibit A***, be entered at the earliest convenience of the Bankruptcy Court.

Dated: February 11, 2011
      Wilmington, Delaware

    /s/ *Zachary I. Shapiro*
    Mark D. Collins (No. 2981)
    Paul N. Heath (No. 3704)
    Chun I. Jang (No. 4790)
    Zachary I. Shapiro (No. 5103)
    RICHARDS, LAYTON & FINGER, P.A.
    One Rodney Square
    920 North King Street
    Wilmington, Delaware 19801
    Telephone:  (302) 651-7700
    Facsimile:  (302) 651-7701

    - and -

    WEIL, GOTSHAL & MANGES LLP
    Marcia L. Goldstein
    Robert J. Lemons
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    ATTORNEYS FOR DEBTORS AND
    DEBTORS IN POSSESSION

RLF1 3803502v. 1