**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------x
                                                           :
*In re*                                                    :         Chapter 11
                                                           :
ADVANTA CORP., *et al.*,                                   :         Case No. 09-13931 (KJC)
                                                           :
            Debtors.[1]                                    :         (Jointly Administered)
                                                           :
                                                           :         **Obj. Deadline: 5/4/11 at 4:00 p.m. (EDT)**
                                                           :         **Hearing Date: 9/13/11 at 10:00 a.m. (EDT)**
-----------------------------------------------------------x

**FINAL APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM NOVEMBER 8, 2009 THROUGH FEBRUARY 28, 2011**

| | |
|---|---|
| Name of Applicant: | Richards, Layton & Finger, P.A. |
| Authorized to Provide Professional Services to: | the above-captioned debtors |
| Date of Retention: | December 3, 2009, *nunc pro tunc* to November 8, 2009 |
| Final period for which compensation and reimbursement are sought: | November 8, 2009 through February 28, 2011 |
| Amount of Final Compensation sought as actual, reasonable, and necessary | $672,378.00 |
| Amount of Final Expense Reimbursement sought as actual, reasonable, and necessary | $56,053.49 |

This is a(n): _____ Monthly _____ Interim   X   Final Application

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Advanta Corp. (2070), Advanta Investment Corp. (5627), Advanta Business Services Holding Corp. (4047), Advanta Business Services Corp. (3786), Advanta Shared Services Corp. (7074), Advanta Service Corp. (5625), Advanta Advertising Inc. (0186), Advantennis Corp. (2355), Advanta Mortgage Holding Company (5221), Advanta Auto Finance Corporation (6077), Advanta Mortgage Corp. USA (2654), Advanta Finance Corp. (8991), Advanta Ventures Inc. (5127), BE Corp. (8960), ideablob Corp. (0726), Advanta Credit Card Receivables Corp. (7955), Great Expectations International Inc. (0440), Great Expectations Franchise Corp. (3326), and Great Expectations Management Corp. (3328).

Prior Applications Filed (Bold entries indicate interim fee applications):

| Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Amount of Fees Authorized to be Paid to Date | Amount of Expenses Authorized to be Paid to Date | Status |
|---|---|---|---|---|---|
| First Monthly Fee Application<br><br>11/08/09 through 12/31/09<br><br>Filed 01/28/10<br><br>[Docket No. 217] | $97,773.00 | $11,758.14 | $78,218.40 | $11,758.14 | Approved on Interim Basis |
| Second Monthly Fee Application<br><br>01/01/10 through 01/31/10<br><br>Filed 02/25/10<br><br>[Docket No. 289] | $22,001.00 | $217.44 | $17,600.80 | $217.44 | Approved on Interim Basis |
| Third Monthly Fee Application<br><br>02/01/10 through 02/28/10<br><br>Filed 03/30/10<br><br>[Docket No. 371] | $31,485.00 | $1,326.03 | $25,188.00 | $1,326.03 | Approved on Interim Basis |

| Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Amount of Fees Authorized to be Paid to Date | Amount of Expenses Authorized to be Paid to Date | Status |
|---|---|---|---|---|---|
| Fourth Monthly Fee Application<br><br>03/01/10 through 03/31/10<br><br>Filed 04/27/10<br><br>[Docket No. 447] | $43,138.00 | $2,208.74 | $34,510.44 | $2,208.74 | Approved on Interim Basis |
| **First Interim Fee Application**<br><br>**11/08/09 through 03/31/10**<br><br>**Filed 05/13/10**<br><br>**[Docket No. 506]** | **$194,397.00** | **$15,510.35** | **$155,517.60** | **$15,510.35** | **Fees Approved: $194,397.00**<br><br>**Expenses Approved: $15,510.35** |
| Fifth Monthly Fee Application<br><br>04/01/10 through 04/30/10<br><br>Filed 05/26/10<br><br>[Docket No. 557] | $43,325.50 | $866.90 | $34,660.40 | $866.90 | Approved on Interim Basis |

| Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Amount of Fees Authorized to be Paid to Date | Amount of Expenses Authorized to be Paid to Date | Status |
|---|---|---|---|---|---|
| Sixth Monthly Fee Application<br><br>05/01/10 through 05/31/10<br><br>Filed 06/29/10<br><br>[Docket No. 636] | $51,426.50 | $1,647.24 | $41,141.20 | $1,647.24 | Approved on Interim Basis |
| Seventh Monthly Fee Application<br><br>06/01/10 through 06/30/10<br><br>Filed 07/27/10<br><br>[Docket No. 678] | $40,515.50 | $1,674.66 | $32,412.40 | $1,674.66 | Approved on Interim Basis |
| Eighth Monthly Fee Application<br><br>07/01/10 through 07/31/10<br><br>Filed 08/23/10<br><br>[Docket No. 743] | $59,455.00 | $1,408.00 | $47,564.00 | $1,408.00 | Approved on Interim Basis |

| Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Amount of Fees Authorized to be Paid to Date | Amount of Expenses Authorized to be Paid to Date | Status |
|---|---|---|---|---|---|
| **Second Interim Fee Application**<br><br>**04/01/10 through 07/31/10**<br><br>**Filed 09/14/10**<br><br>**[Docket No. 798]** | **$194,722.50** | **$5,596.80** | **$155,778.00** | **$5,596.80** | **Fees Approved: $194,722.50**<br><br>**Expenses Approved: $5,596.80** |
| Ninth Monthly Fee Application<br><br>08/01/10 through 08/31/10<br><br>Filed 09/29/10<br><br>[Docket No. 831] | $77,448.50 | $12,540.08 | $61,958.80 | $12,540.08 | Approval Pending Interim Hearing |
| Tenth Monthly Fee Application<br><br>09/01/10 through 09/30/10<br><br>Filed 10/29/10<br><br>[Docket No. 890] | $25,994.50 | $295.45 | $20,795.60 | $295.45 | Approval Pending Interim Hearing |

| Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Amount of Fees Authorized to be Paid to Date | Amount of Expenses Authorized to be Paid to Date | Status |
|---|---|---|---|---|---|
| Eleventh Monthly Fee Application<br><br>10/01/10 through 10/31/10<br><br>Filed 11/30/10<br><br>[Docket No. 963] | $32,298.00 | $4,066.19 | $25,838.40 | $4,066.19 | Approval Pending Interim Hearing |
| Twelfth Monthly Fee Application<br><br>11/01/10 through 11/30/10<br><br>Filed 12/28/10<br><br>[Docket No. 1078] | $28,094.50 | $974.57 | $22,475.60 | $974.57 | Approval Pending Interim Hearing |
| **Third Interim Fee Application**<br><br>**08/01/10 through 11/30/10**<br><br>**Filed 01/14/11**<br><br>**[Docket No. 1105]** | **$163,835.50** | **$17,876.29** | **$131,068.40** | **$17,876.29** | **Approval Pending Interim Hearing** |

| Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Amount of Fees Authorized to be Paid to Date | Amount of Expenses Authorized to be Paid to Date | Status |
|---|---|---|---|---|---|
| Thirteenth Monthly Fee Application<br><br>12/01/10 through 12/31/10<br><br>Filed 01/31/11<br><br>[Docket No. 1132] | $57,991.50 | $5,416.14 | $46,393.20 | $5,416.14 | Approval Pending Interim Hearing |
| Fourteenth Monthly Fee Application<br><br>01/01/11 through 01/31/11<br><br>Filed 02/28/11<br><br>[Docket No. 1188] | $20,285.50 | $1,196.93 | $16,228.40 | $1,196.93 | Approval Pending Interim Hearing |
| Fifteenth Monthly Fee Application<br><br>02/01/11 through 02/28/11<br><br>Filed 03/30/11<br><br>[Docket No. 1213] | $41,146.00 | $10,456.98 | $0 | $0 | Approval Pending Interim Hearing |

## COMPENSATION BY PROFESSIONAL
## NOVEMBER 8, 2009 THROUGH FEBRUARY 28, 2011

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Donald A. Bussard | Joined firm as associate in 1976. Director in 1981. Member of DE Bar since 1976. | $700 | 2.0 | $1,400.00 |
| Mark D. Collins | Joined firm as associate in 1993. Director in 1998. Member of DE Bar since 1991. | $675 | 21.5 | $14,512.50 |
| Russell Silberglied | Joined firm as associate in 1995. Director in 2002. Member of PA and DE Bars since 1996. | $600 | 2.0 | $1,200.00 |
| John H. Knight | Joined firm as associate in 1998. Director in 2003. Member of MD Bar since 1994. Member of NJ Bar since 1996. Member of DE Bar since 1999. | $600 | 0.1 | $60.00 |
| Paul N. Heath | Joined firm as associate in 1999. Director in 2007. Member of DE Bar since 1998. | $525 $550 | 344.0 26.7 | $180,600.00 $14,685.00 |
| Marcos A. Ramos | Joined firm as associate in 2002. Counsel in 2008. Director in 2010. Member of NY Bar since 1995. CA Bar since 1998. MD Bar since 2001 & DE Bar since 2003. | $450 | 60.7 | $27,315.00 |
| Michael J. Merchant | Joined firm as associate in 1999. Director in 2006. Member of DE Bar since 1999. | $525 | 0.6 | $315.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Wes Peterson | Joined firm as associate in 2005. Counsel in 2010. Member of DE Bar since 2005. | $385 $425 | 2.2 0.6 | $847.00 $255.00 |
| Jason M. Madron | Joined firm as associate in 2003. Member of DE Bar since 2003. | $390 $420 | 1.9 0.1 | $741.00 $42.00 |
| Laura A. Diertrich | Joined firm as associate in 2006. Member of DE Bar since 2006. | $320 | 0.1 | $32.00 |
| Chun I. Jang | Joined firm as associate in 2005. Member of DE Bar since 2006. | $300 $340 $365 | 71.4 127.9 2.4 | $21,420.00 43,486.00 $876.00 |
| Anthony W. Rodgers | Joined firm as associate in 2007. Member of DE Bar since 2007. | $295 | 0.1 | $29.50 |
| Cory D. Kandestin | Joined firm as associate in 2007. Member of DE Bar since 2008. | $290 | 2.9 | $841.00 |
| Michael W. Romanczuk | Joined firm as associate in 2004. Member of DE Bar since 2005. | $280 | 0.4 | $112.00 |
| Lee E. Kaufman | Joined firm as associate in 2006. Member of DE Bar since 2006. | $275 $315 $340 | 0.4 9.1 1.4 | $110.00 $2,866.50 $476.00 |
| Christopher M. Samis | Joined firm as associate in 2006. Member of PA & DE Bars since 2006. | $315 | 0.3 | $94.50 |
| L. Katherine Good | Joined firm as associate in 2007. Member of PA Bar since 2007. Member of DE Bar since 2008. | $275 $340 | 0.1 0.6 | $27.50 $204.00 |
| Tiffany N. Piland | Joined firm as associate in 2007. Member of DE Bar since 2007. | $275 | 6.2 | $1,705.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Marisa Terranova | Joined firm as associate in 2009. Member of DE Bar since 2009. | $255 | 11.9 | $3,034.50 |
| | | $280 | 0.1 | $28.00 |
| Travis A. McRoberts | Joined firm as associate in 2008. Member of DE Bar since 2009. | $255 | 0.1 | $25.50 |
| Zachary I. Shapiro | Joined firm as associate in 2007. Member of DE Bar since 2008. | $245 | 52.8 | $12,936.00 |
| | | $290 | 601.6 | $174,464.00 |
| | | $315 | 93.2 | $29,358.00 |
| Robert C. Maddox | Joined firm as associate in 2009. Member of DE Bar since 2008. | $240 | 1.3 | $312.00 |
| Tyler Semmelman | Joined firm as associate in 2009. Member of DE Bar since 2009. | $240 | 10.6 | $2,544.00 |
| Andy Irgens, Esq. | Joined firm as associate attorney in 2008. Member of DE Bar Since 2009. | $230 | 1.8 | $414.00 |
| | | $255 | 7.8 | $1,989.00 |
| | | $280 | 2.1 | $588.00 |
| Julie A. Finocchiaro | Joined firm as associate in 2009. Member of DE Bar since 2009. | $230 | 21.8 | $5,014.00 |
| | | $240 | 4.3 | $1,032.00 |
| | | $255 | 0.2 | $51.00 |
| Aja E. McDowell | Paralegal since 2003. Joined firm in 2002. | $195 | 0.6 | $117.00 |
| Rosella M. Champion | Paralegal since 1984. Joined firm in 1999. | $195 | 0.2 | $39.00 |
| Tracy Allen | Paralegal since 2000. Joined firm in 2006. | $195 | 0.6 | $117.00 |
| Ann Jerominski | Paralegal since 1995. Joined firm in 2000. | $195 | 7.6 | $1,482.00 |
| | | $200 | 0.8 | $160.00 |
| Barbara J. Witters | Paralegal since 2000. Joined firm in 2000. | $195 | 8.9 | $1,735.50 |
| Cathy M. Greer | Paralegal since 1995. Joined firm in 2000. | $195 | 15.0 | $2,925.00 |
| | | $200 | 0.6 | $120.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Rebecca V. Speaker | Paralegal since 2002. Joined firm in 2001. | $195 | 0.6 | $117.00 |
| Jamie E. Schairer | Paralegal since 2009. Joined firm in 2009. | $195 | 441.1 | $86,014.50 |
| | | $200 | 66.0 | $13,200.00 |
| Janel Gates | Paralegal since 2007. Joined firm in 2007. | $195 | 10.8 | $2,106.00 |
| | | $200 | 0.2 | $40.00 |
| Robyn K. Sinclair | Paralegal since 2010. Joined firm in 2010. | $195 | 30.6 | $5,967.00 |
| | | $200 | 6.3 | $1,260.00 |
| Tracy A. Cameron | Paralegal since 2005. Joined firm in 1992. | $195 | 15.6 | $3,042.00 |
| Marisa C. DeCarli | Paralegal since 2009. Joined firm in 2009. | $195 | 20.9 | $4,075.50 |
| Carol A. Chubb | Paralegal since 2001. Joined firm in 2001. | $170 | 0.2 | $34.00 |
| Daniel D. White | MIS Dept | $190 | 8.5 | $1,615.00 |
| Brenda D. Tobin | Case Management Assistant. | $100 | 11.5 | $1,150.00 |
| | | $105 | 0.2 | $21.00 |
| Amy B. Anderson | Case Management Assistant. | $100 | 7.7 | $770.00 |
| | | $105 | 2.0 | $210.00 |
| Rochelle I. Warren | Case Management Assistant. | $90 | 0.2 | $18.00 |
| **TOTAL** | | | **2152.0** | **$672,378.00** |

| | |
|---|---|
| Grand Total | $672,378.00 |
| Attorney Compensation | $546,042.50 |
| Total Attorney Hours | 1495.3 |
| Blended Rate | $365.17 |

Dated: April 14, 2011
        Wilmington, Delaware

## COMPENSATION BY PROJECT CATEGORY
## NOVEMBER 8, 2009 THROUGH FEBRUARY 28, 2011

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (A) | 90.9 | $22,390.50 |
| Creditor Inquiries (B) | 11.4 | $3,024.50 |
| Meetings (C) | 46.2 | $14,491.50 |
| Executory Contracts/Unexpired Leases (D) | 79.1 | $22,779.50 |
| Automatic Stay/Adequate Protection (E) | 20.6 | $6,405.50 |
| Plan of Re-Organization/Disclosure Statement (F) | 250.5 | $86,467.00 |
| Use, Sale, Lease of Assets (G) | 89.5 | $26,172.50 |
| Cash Collateral/DIP Financing (H) | 1.5 | $435.00 |
| Claims Administration (I) | 71.6 | $20,808.00 |
| Court Hearings (J) | 516.8 | $155,106.50 |
| General Corporate/Real Estate (K) | 21.5 | $8,494.00 |
| Schedules/SOFA/U.S. Trustee Reports (L) | 113.9 | $35,658.00 |
| Employee Issues (M) | 93.4 | $37,988.50 |
| Environmental (N) | 0.0 | $0.00 |
| Tax Issues (O) | 48.5 | $19,478.50 |
| Litigation/Adversary Proceedings (P) | 342.4 | $119,005.50 |
| RL&F Retention (Q-1) | 16.1 | $4,446.00 |
| Retention of Others (Q-2) | 78.0 | $25,062.50 |
| RL&F Fee Applications (R-1) | 98.0 | $24,249.50 |
| Fee Applications of Others (R-2) | 151.6 | $37,026.50 |
| Vendor/Supplies (S) | 0.9 | $306.00 |
| Non-Working Travel (T) | 0.0 | $0.00 |
| Utilities (U) | 5.0 | $1,444.00 |
| Insurance (V) | 4.6 | $1,138.50 |
| **TOTAL** | **2152.0** | **$672,378.00** |

**EXPENSE SUMMARY**
**NOVEMBER 8, 2009 THROUGH FEBRUARY 28, 2011**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Facsimile | | $18.00 |
| Long Distance Telephone | | $2,146.19 |
| In-House Reproduction (Duplication/Printing) | Copies - 43,884 @ $.10/pg. Printing - 58,342 @ $.10/pg. | $10,222.60 |
| Outside Reproduction | | $9,715.10 |
| Legal Research | | $16,360.27 |
| Filing/Court Fees | | $5,859.01 |
| Court Reporting | | $2,333.55 |
| Travel Expenses | | $0.00 |
| Inside Courier & Expense Carriers | | $2,268.42 |
| Outside Courier & Expense Carriers | | $0.00 |
| Postage | | $5.76 |
| Binding | | $324.00 |
| Business Meals | | 4,017.98 |
| Document Retrieval | | $1,575.28 |
| Record Retrieval | | $0.00 |
| Room Rental | | $0.00 |
| Professional Services | | $235.00 |
| Overtime | | $972.33 |
| **TOTAL** | | **$56,053.49** |

-----------------------------------------------------------x
                                              :
*In re*                                       :          Chapter 11
                                              :
ADVANTA CORP., *et al.*,                      :          Case No. 09-13931 (KJC)
                                              :
                      Debtors.[1]             :          (Jointly Administered)
                                              :
                                              :          **Obj. Deadline: 5/4/11 at 4:00 p.m. (EDT)**
                                              :          **Hearing Date: 9/13/11 at 10:00 a.m. (EDT)**
-----------------------------------------------------------x

**FINAL APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE
OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF
EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION
FOR THE PERIOD FROM NOVEMBER 8, 2009 THROUGH FEBRUARY 28, 2011**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the

"***Bankruptcy Code***"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"***Bankruptcy Rules***"), and the *Order Confirming Debtors' Joint Plan Under Chapter 11 of the*

*Bankruptcy Code, As Modified* [Docket No. 1173] (the "***Confirmation Order***"), Richards,

Layton & Finger, P.A. ("***RL&F***") hereby files this Final Application for Allowance of

Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the

Debtors and Debtors-in-Possession for the Period from November 8, 2009 through February 28,

2011 (the "***Application***").  By the Application, RL&F seeks a final allowance pursuant to the

Confirmation Order with respect to the sums of $672,378.00 as compensation and $56,053.49 for

reimbursement of actual and necessary expenses for a total of $728,431.49 for the period

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Advanta Corp. (2070), Advanta Investment Corp. (5627), Advanta Business Services Holding Corp. (4047), Advanta Business Services Corp. (3786), Advanta Shared Services Corp. (7074), Advanta Service Corp. (5625), Advanta Advertising Inc. (0186), Advantennis Corp. (2355), Advanta Mortgage Holding Company (5221), Advanta Auto Finance Corporation (6077), Advanta Mortgage Corp. USA (2654), Advanta Finance Corp. (8991), Advanta Ventures Inc. (5127), BE Corp. (8960), ideablob Corp. (0726), Advanta Credit Card Receivables Corp. (7955), Great Expectations International Inc. (0440), Great Expectations Franchise Corp. (3326), and Great Expectations Management Corp. (3328).

November 8, 2009 through and including February 28, 2011 (the "***Compensation Period***"). In support of this Application, RL&F respectfully represents as follows:

## Background

1.     On November 8, 2009 (the "***First Filed Date***"), the majority of the above-captioned debtors and debtors-in-possession (collectively, the "***Debtors***") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. On November 20, 2009 (together with the First Filed Date, the "***Petition Date***"), the remainder of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2.     RL&F was retained effective as of the Petition Date by this Court's Order, dated December 3, 2009 (the "***Retention Order***"). The Retention Order authorized RL&F to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

3.     On February 11, 2011, the Court entered the Confirmation Order. Pursuant to the terms of the Confirmation Order, all professionals employed by the Debtors and the Official Committee of Unsecured Creditors must file final fee applications for all fees and expenses incurred from the Petition Date through the Effective Date (as defined in the Confirmation Order) within 45 days of the Effective Date, which is April 14, 2011.

## Compensation Paid and Its Source

4.     All services for which compensation is requested by RL&F were performed for or on behalf of the Debtors.

5.     During the period covered by this Application, RL&F has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no

agreement or understanding between RL&F and any other person, other than the directors of

RL&F, for the sharing of compensation to be received for services rendered in these cases.

**Fee Statements**

6.      The fee statements for the Compensation Period were attached as <u>Exhibit</u>

<u>A</u> to each of the previously filed monthly fee applications.  These statements contain daily time

logs describing the time spent by each attorney and paraprofessional for this period.  To the best

of RL&F's knowledge, the Application complies with sections 330 and 331 of the Bankruptcy

Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the

United States Trustee, and Del. Bankr. L.R. 2016-2.

**Actual and Necessary Expenses**

7.      Summaries of actual and necessary expenses and daily logs of expenses

incurred by RL&F during the Compensation Period were attached as <u>Exhibit B</u> to each of the

previously filed monthly fee applications.  RL&F charges all of its bankruptcy clients $0.10 per

page for photocopying expenses and $0.10 per page for printing jobs of ten pages or larger.

RL&F also charges all of its clients $0.25 per page for out-going facsimile transmissions.  Actual

long-distance carrier charges for outgoing facsimile transmissions are reflected in the long-

distance telephone charges.

8.      Regarding providers of online legal research (<u>e.g.</u>, LEXIS and

WESTLAW), RL&F charges all of its clients the standard usage rates these providers charge,

which, due to contractual flat fees, may not always equal RL&F's actual cost.  RL&F currently is

under contract to pay these providers a flat fee every month.  Charging its clients the online

providers' standard usage rates allows RL&F to cover adequately the monthly flat fees it must

pay to these types of providers.

3

9.      RL&F believes the foregoing rates are the market rates that the majority of law firms charge clients for such services.  In addition, RL&F believes that such charges are in accordance with the American Bar Association's ("**ABA**") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

## Summary of Services Rendered

10.      The directors and associates of RL&F who have rendered professional services in these cases are as follows:  Donald A. Bussard, Mark D. Collins, Russell Silberglied, John H. Knight, Paul N. Heath, Marcos A. Ramos, Michael J. Merchant, Wes Peterson, Jason M. Madron, Laura A. Dietrich, chun I. Jang, Anthony W. Rodgers, Cory D. Kandestin, Michael W. Romanczuk, Lee E. Kaufman, Christopher M. Samis, L. Katherine Good, Tiffany N. Piland, Marisa Terranova, Travis A. McRoberts, Zachary I. Shapiro, Robert C. Maddox, Tyler Semmelman, Andrew C. Irgens and Julie A. Finocchiaro.  The paraprofessionals of RL&F who have provided service to these attorneys in these cases are as follows:  Aja E. McDowell, Rosella M. Champion, Tracy Allen, Ann Jerominski, Barbara J. Witters, Cathy M. Greer, Rebecca V. Speaker, Jamie E. Schairer, Janel Gates, Robyn K, Sinclair, Tracy A. Cameron, Marisa C. DeCarli, Carol A. Chubb, Daniel D. White, Brenda D. Tobin, Amy B. Anderson and Rochelle I. Warren.                                                                 .

11.      RL&F, by and through the above-named persons, has prepared and/or assisted in the preparation of various applications and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with these cases, and has performed all necessary professional services which are described and narrated in detail hereinafter.

RLF1 3952892v. 1

**Summary of Services By Project**

12.     The services rendered by RL&F during the Compensation Period can be grouped into the categories set forth below.  These categories are generally described below, with a more detailed identification of the actual services provided set forth on Exhibit A to each of the previously filed monthly fee applications.  The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, on Exhibit A to each of the previously filed monthly fee applications.

A.      Case Administration/Miscellaneous Matters

Fees: $22,390.50:      Total Hours:  90.9

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, communications with the U.S. Trustee, review of work in process reports, review of notices of appearance and maintaining service lists.

B.      Creditor Inquiries

Fees: $3,024.50:              Total Hours:  11.4

This category includes all matters related to responding to creditor inquiries.

C.      Meetings

Fees: $14,491.50:      Total Hours:  46.2

This category includes all matters related to preparing for and attending meetings with Debtors, the creditors' committees, individual creditors, the U.S. Trustee and co-counsel.

D.      Executory Contracts/Unexpired Leases

Fees: $22,779.50:      Total Hours:  79.1

This category includes all matters related to contract and lease analysis and

matters related to assumption, assignment or rejection of executory contracts and unexpired leases.

      E.      <u>Automatic Stay/Adequate Protection</u>

      Fees: $6,405.50:      Total Hours:  20.6

      This category includes all matters related to and including all motions to modify the automatic stay, issues related to the effect of the automatic stay or pending matters, and all other types of actions where adequate protection is the central issue.

      F.      <u>Plan of Reorganization/Disclosure Statement</u>

      Fees: $86,467.00:      Total Hours:  250.5

      This category includes all matters related to review, formulation, negotiation, preparation and promulgation of plans of reorganization, disclosure statements, and related corporate documentation and research relating thereto.

      G.      <u>Use, Sale, Lease of Assets</u>

      Fees: $26,172.50:      Total Hours:  89.5

      This category includes all matters relating to acquisitions, dispositions and other postpetition uses of property of the estate.

      H.      <u>Cash Collateral/DIP Financing</u>

      Fees: $435.00:      Total Hours:  1.5

      This category includes all matters relating to negotiation and documentation of debtor in possession financing and post-confirmation financing, all cash collateral issues and related pleadings.

      I.      <u>Claims Administration</u>

      Fees: $20,808.00:      Total Hours:  71.6

This category includes all matters related to and including claims administration matters and bar date matters, including claims objections and related contested matters.

J.    Court Hearings

Fees: $155,106.50:    Total Hours:  516.8

This category includes all matters relating to preparation for and attendance at court hearings.

K.    General Corporate/Real Estate

Fees: $8,494.00:    Total Hours:  21.5

This category includes all matters relating to transactional, corporate governance and related matters involving the debtors' business operations that are not part of a plan of reorganization or disclosure statement.

L.    Schedules/SOFA/U.S. Trustee Reports

Fees: $35,658.00:    Total Hours:  113.9

This category includes preparation of schedules and amendments, statements of financial affairs and amendments, operating reports and other reports required by the U.S. Trustee or Bankruptcy Court.

M.    Employee Issues

Fees: $37,988.50:    Total Hours:  93.4

This category includes all matters related to employee wages, benefits, collective bargaining issues, other employee relations matters, ERISA, and retirement benefits.

N.    Environmental

Fees: $0.00:    Total Hours:  0.0

This category includes all environmental matters, other than environmental

RLF1 3952892v. 1

aspects of plan of reorganization.

     O.     <u>Tax Issues</u>

     Fees: $19,478.50:     Total Hours:     48.5

This category includes all federal and state income, property, employment, excise and other tax matters, other than the tax aspects of plan of reorganization.

     P.     <u>Litigation/Adversary Proceedings</u>

     Fees: $119,005.50:     Total Hours:  342.40

This category includes all matters relating to litigation and adversary proceedings.

     Q-1.     <u>RL&F Applications</u>

     Fees: $4,446.00:     Total Hours:  16.1

This category includes all matters related to preparing applications to retain RL&F and supplements thereto.

     Q-2.     <u>Retention of Others</u>

     Fees: $25,062.50:     Total Hours:  78.0

This category includes time spent reviewing applications for retention by other professionals, objecting to the retention of other professionals and assisting other professionals with preparing and filing retention applications.

     R-1.     <u>RL&F Fee Application</u>

     Fees: $24,249.50:     Total Hours:  98.0

This category includes all time spent preparing, reviewing, filing, circulating and/or relating to monthly invoices and fee applications for RL&F.

     R-2.     <u>Fee Application of Others</u>

     Fees: $37,026.50:     Total Hours:  151.6

This category includes time spent reviewing invoices or applications of other professionals, objecting to fees of other professionals and assisting other professionals with filing and circulating monthly invoices and applications.

S.     Vendor/Supplies

Fees: $306.00:                    Total Hours:  0.9

This category includes all matters related to vendors and suppliers, including reclamation issues.

T.     Non-Working Travel

Fees: $0.00:           Total Hours:  0.0

This category includes all travel time not otherwise chargeable.

U.     Utilities

Fees: $1,444.00:                  Total Hours:  5.0

This category includes all matters related to utility issues.

V.     Insurance

Fees: $1,138.50:                  Total Hours:  4.6

This category includes all matters related to insurance policies or coverage.

13.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by RL&F is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.  Moreover, RL&F has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application, and each monthly fee application covering the Compensation Period, complies with that Rule.

9

WHEREFORE, RL&F respectfully requests that the Court authorize that, for the period from November 8, 2009 through February 28, 2011, a final allowance be made to RL&F pursuant to the terms of the Confirmation Order, with respect to the sum of $672,378.00 as compensation for necessary professional services rendered and the sum of $56,053.49 as reimbursement of actual necessary costs and expenses, for a total of $728,431.49 and that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

Dated: April 14, 2011
      Wilmington, Delaware

Respectfully submitted,

/s/ *Zachary I. Shapiro*
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Chun I. Jang (No. 4790)
Zachary I. Shapiro (No. 5103)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700 (Telephone)
(302) 651-7701 (Facsimile)

- and -

WEIL, GOTSHAL & MANGES LLP
Marcia L. Goldstein
Robert J. Lemons
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR THE DEBTORS

RLF1 3952892v. 1

## CERTIFICATION OF COMPLIANCE WITH DEL. BANKR. L.R. 2016-2

STATE OF DELAWARE        )
                                    ) SS:
COUNTY OF NEW CASTLE    )

        Zachary I. Shapiro, under penalty of perjury, certifies as follows:

        a)      I am an associate with the applicant firm, Richards, Layton & Finger, P.A. ("RL&F") and have been admitted to appear before this Court.

        b)      I have personally performed many of the legal services rendered by RL&F, as counsel to the Debtors,[3] and am thoroughly familiar with the other work performed on behalf of the Debtors by the lawyers and other professionals of this firm.

        c)      I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such rule.

                                      */s/ Zachary I. Shapiro*
                                      Zachary I. Shapiro (No. 5103)

---

[3] Capitalized terms used  herein and not otherwise defined shall have the meanings given to them in the foregoing application (the "Application").