**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| **ADVANTA CORP., *et al.*,**[1] | : | Case No. 09-13931 (KJC) |
| Debtors. | : | (Jointly Administered) |
| | : | **Obj. Deadline: February 18, 2019 at 4:00 p.m. (ET)** |
| | | **Hearing Date: February 25, 2019 at 11:30 a.m. (ET)** |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on February 4, 2019, FTI Consulting, Inc., in its capacity as the liquidating trustee (the "Liquidating Trustee") under the Debtors' Joint Plan Under Chapter 11 of the Bankruptcy Code filed the *Motion Under 11 U.S.C. §§ 105(a) and 350(a), Fed. R. Bankr. P. 3022 and Del. Bankr. LR 3022-1(a) for Order and Final Decree Closing the Chapter 11* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court and served upon and received by the undersigned counsel for the Liquidating Trustee at or before **4:00 p.m. (Eastern Time) on February 18, 2019.**

**PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection

---

[1] The Debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, were Advanta Corp. (2070), Advanta Investment Corp. (5627), Advanta Business Services Holding Corp. (4047), Advanta Business Services Corp. (3786), Advanta Shared Services Corp. (7074), Advanta Service Corp. (5625), Advanta Advertising Inc. (0186), Advantennis Corp. (2355), Advanta Mortgage Holding Company (5221), Advanta Auto Finance Corporation (6077), Advanta Mortgage Corp. USA (2654), Advanta Finance Corp. (8991), Advanta Ventures Inc. (5127), BE Corp. (8960), ideablob Corp. (0726), Advanta Credit Card Receivables Corp. (7955), Great Expectations International Inc. (0440), Great Expectations Franchise Corp. (3326), and Great Expectations Management Corp. (3328).

and the Motion will be held before The Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801 on **February 25, 2019 at 11:30 a.m. (Eastern Time).**

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: February 4, 2019
Wilmington, Delaware

**DRINKER BIDDLE & REATH LLP**

/s/ *Joseph N. Argentina, Jr.*
Joseph N. Argentina, Jr., (DE 5453)
222 Delaware Avenue, Ste. 1410
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

- and -

Robert K. Malone (pro hac vice)
Marita S. Erbeck (pro hac vice)
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000

- and -

**LATHAM & WATKINS LLP**
Roger G. Schwartz (pro hac vice)
885 Third Avenue
New York, NY 10022-4834
Telephone: (212) 906-1200

Counsel to FTI Consulting, Inc.,
solely in its capacity as Liquidating Trustee