# EXHIBIT A

## PROPOSED FORM OF ORDER

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| **ADVANTA CORP., et al.**[1], | : | Case No. 09-13931 (KJC) |
| Debtors. | : | (Jointly Administered) |
| | | **Re: Docket No.** |

**ORDER AND FINAL DECREE CLOSING**
**ADVANTA CORP. CHAPTER 11 CASE**

Upon consideration of the Motion[2] of the Trustee under 11 U.S.C. §§ 105(a) and 350(a), Fed. R. Bankr. P. 3022, and Del. Bankr. L.R. 3022-1 for an Order and Final Decree, (i) closing the bankruptcy case of Advanta Corp. ("Advanta" or the "Debtor"), whose estate has been fully administered and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of this chapter 11 case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a "core" proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Motion is in the best interests of the Debtor, it estate, its creditors, and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given

[1] The Debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, were Advanta Corp. (2070) ("Advanta"), Advanta Investment Corp. (5627), Advanta Business Services Holding Corp. (4047), Advanta Business Services Corp. (3786), Advanta Shared Services Corp. (7074), Advanta Service Corp. (5625), Advanta Advertising Inc. (0186), Advantennis Corp. (2355), Advanta Mortgage Holding Company (5221), Advanta Auto Finance Corporation (6077), Advanta Mortgage Corp. USA (2654), Advanta Finance Corp. (8991), Advanta Ventures Inc. (5127), BE Corp. (8960), ideablob Corp. (0726), Advanta Credit Card Receivables Corp. (7955), Great Expectations International Inc. (0440), Great Expectations Franchise Corp. (3326), and Great Expectations Management Corp. (3328).

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion or the Plan, as applicable.

and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The bankruptcy case of Advanta Corp. shall be and is hereby CLOSED.

3. The AC Trust and the Advanta Trust, whose assets have been fully administered, shall be dissolved in accordance with Delaware law.

4. To the extent not already paid, the fees required to be paid to the U.S. Trustee pursuant to 28 U.S.C. § 1930(a)(6) shall be paid as soon as reasonably practicable after the date of entry of this Order.

5. The Clerk of the Court shall enter this Order and Final Decree on the docket of Advanta Corp., case no. 09-13931 (KJC) and thereafter such docket shall be marked as "Closed".

6. Notwithstanding any stay that might be applicable to this Order, this Order shall be effective and enforceable immediately upon entry hereof.

7. This Court shall retain jurisdiction to construe and enforce the terms of this Order and Final Decree.

Dated: February __, 2019
Wilmington, Delaware

____________________________________

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE