**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| **ADVANTA CORP., et al.**,[1] | : | Case No. 09-13931 (KJC) |
| Debtors. | : | (Jointly Administered) |
| | | Ref: Docket No. 1677 |

# FINAL REPORT OF ADVANTA CORP. ET AL.

In accordance with Rule 3022-1(c) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, FTI Consulting Inc. as the Trustee ("**Trustee**") for the AC Trust and the Advanta Trust established under the Debtors' Joint Plan Under Chapter 11 of the Bankruptcy Code (as modified the "**Plan**") hereby submit this final report in connection with the *Motion Under 11 U.S.C. §§ 105 and 350(a), Fed. R. Bankr. P. 3022 and Del. Bankr. LR 3022-1 for Order and Final Decree Closing the Chapter 11 cases of Advanta Corp.* [Docket No. 1677] (the "**Motion**"). The following is a description of: (a) the fees and expenses paid to the parties identified below from the Petition Date through February 28, 2011, which was the effective date (the "**Effective Date**") of the *Plan* [Docket No. 1191];[2] and (b) the distributions made by the Trustee under the Plan.

[1] The Debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, were Advanta Corp. (2070) ("Advanta"), Advanta Investment Corp. (5627), Advanta Business Services Holding Corp. (4047), Advanta Business Services Corp. (3786), Advanta Shared Services Corp. (7074), Advanta Service Corp. (5625), Advanta Advertising Inc. (0186), Advantennis Corp. (2355), Advanta Mortgage Holding Company (5221), Advanta Auto Finance Corporation (6077), Advanta Mortgage Corp. USA (2654), Advanta Finance Corp. (8991), Advanta Ventures Inc. (5127), BE Corp. (8960), ideablob Corp. (0726), Advanta Credit Card Receivables Corp. (7955), Great Expectations International Inc. (0440), Great Expectations Franchise Corp. (3326), and Great Expectations Management Corp. (3328).

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Plan.

**Fees and Expenses**

1. The fees and expenses, including those awarded to the Debtors' professionals, from the Petition Date through and including the Effective Date were:

| TYPE OF PAYMENT | AMOUNT |
|---|---|
| **Attorneys for Debtors (Fees)** | |
| Weil Gotshal & Manges, LLP | $8,039,747.40 |
| Richards Layton & Finger, P.A. | $672,280.50 |
| Cozen O'Connor | $534,446.50 |
| **Attorneys for Debtors (Expenses)** | |
| Weil Gotshal & Manges, LLP | $363,614.42 |
| Richards Layton & Finger, P.A. | $55,879.15 |
| Cozen O'Connor | $11,005.05 |
| **Other Professionals for Debtors (Fees)** | |
| Alvarez & Marshal, LLC | $2,764,580.50 |
| KMPG LLP | $859,567.34 |
| **Other Professionals for Debtors (Expenses)** | |
| Alvarez & Marshal, LLC | $56,321.87 |
| KMPG LLP | $66,222.70 |
| **Attorneys for Creditors' Committee (fees)** | |
| Latham & Watkins, LLP | $6,134,458.75 |
| Drinker Biddle & Reath LLP | $403,008.75 |
| **Attorneys for Creditors' Committee (expenses)** | |
| Latham & Watkins, LLP | $116,970.54 |
| Drinker Biddle & Reath LLP | $6,898.93 |

| TYPE OF PAYMENT | AMOUNT |
| --- | --- |
| **Other Professionals for Creditors' Committee (fees)** | |
| FTI Consulting, Inc. | $2,360,263.50 |
| **Other Professionals for Creditors' Committee (expenses)** | |
| FTI Consulting, Inc. | $21,315.82 |
| **TOTAL** | $22,466,582 |

2. No chapter 11 trustee or examiner was appointed in these chapter 11 cases. Therefore, no fees were incurred for a chapter 11 trustee or examiner, or for any counsel for the same.

3. All required fees due under 28 U.S.C. § 1930 have been paid current for the Debtors as of the date hereof. Annexed hereto as **Exhibit "A"** is a copy of the US Trustee Account Reconciliation regarding fees paid by the Debtors and Trusts. Within thirty (30) days after the entry of the requested Final Decree, the Trustee will have paid any remaining fees due under 28 U.S.C. § 1930.

4. On February 11, 2011, the Bankruptcy Court entered the Confirmation Order confirming the Plan [Docket No. 1173]. The Effective Date occurred on February 28, 2011 and the Plan (as modified on February 28, 2011) was substantially consummated.

**Post-Confirmation**

5. In accordance with the Plan, and pursuant to the Liquidating Trust Agreements, seven (7) Liquidating Trusts were established on the Effective Date. The Liquidating Trusts received their respective Liquidating Trust Assets on the Effective Date. Since that time, the Trustee has fulfilled its obligations in furtherance of and consistent with the purpose of the Liquidating Trusts and the Plan. Among other things, the Trustee held and managed the respective Liquidating Trust Assets, made significant distributions to certain holders of Beneficial Interests

in the Liquidating Trusts, reviewed, investigated, reconciled and objected as necessary to Claims. With the exception of the exception of 2018 trust tax filings and 2019 stub period trust tax filings all other tax and regulatory forms, returns, reports and other financial information required with respect to the Liquidating Trusts have been filed and the Trustee otherwise taken all action to implement the Plan.

**Disbursements: Post-Confirmation**

6. Annexed hereto as **Exhibit "B"** is the Trustee's summary of Post-Confirmation disbursements made, including the compensation of the Trustee and its professionals and distribution to Creditors. The Trustee has made all distribution as required under the Plan.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: February 11, 2019
New York, NY

**FTI Consulting Inc., Trustee**

By: /s/ Andrew Scruton
Andrew Scruton
Sr. Managing Director

**EXHIBIT "A"**

**Chapter 11 Quarterly Fee Information and Collection System (FICS)**
**US Trustees, US Department of Justice**

## Account Reconciliation

Field Office: 03 05 Wilmington, DE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Case #:** | 111-09-13931 | | **CPC:** 02-11-11 | **OCS:** | A | **Billed($):** | **191,475.00** |
| **Debtor:** | ADVANTA CORP., ET AL., | | **CDC:** | **CTO:** | | Fees($): | 191,475.00 |
| **Opened:** | 11-08-09 | **Closed:** | **CNV:** | **CBC:** | | Interest($): | 0.00 |
| | | | | **TIN:** | | **Payments($):** | **-203,825.00** |
| | | | | | | Principal($): | -203,825.00 |
| | | | | | | Interest($): | 0.00 |
| | | | | | | **Balance($):** | **-12,350.00** |

**Quarterly Fees and Disbursements**

| Quarter | Disbursements ($) | Fee ($) |
|---|---|---|
| 4-2009 | 1,393,783 | 6,500 |
| 1-2010 | 4,279,338 | 10,400 |
| 2-2010 | 7,593,254 | 13,000 |
| 3-2010 | 6,507,367 | 13,000 |
| 4-2010 | 8,669,511 | 13,000 |
| 1-2011 | 103,463,583 | 30,000 |
| 2-2011 | 458,292 | 4,875 |
| 3-2011 | 252,086 | 1,950 |
| 4-2011 | 116,895 | 975 |
| 1-2012 | 16,499,345 | 20,000 |
| 2-2012 | 81,357,930 | 30,000 |
| 3-2012 | 1,153,502 | 6,500 |
| 4-2012 | 224,805 | 1,625 |
| 1-2013 | 718,493 | 4,875 |
| 2-2013 | 230,125 | 1,950 |
| 3-2013 | 2,511,068 | 9,750 |
| 4-2013 | 12,570,515 | 13,000 |
| 1-2014 | 41,942 | 650 |
| 2-2014 | 42,799 | 650 |
| 3-2014 | 40,500 | 650 |
| 4-2014 | 266,383 | 1,950 |
| 1-2015 | 39,801 | 650 |
| 2-2015 | 1,511 | 325 |
| 3-2015 | 1,161 | 325 |
| 4-2015 | 135,943 | 975 |
| 1-2016 | 1,175 | 325 |
| 2-2016 | 5,449 | 325 |
| 3-2016 | 1,244 | 325 |
| 4-2016 | 0 | 325 |
| 1-2017 | 0 | 325 |
| 2-2017 | 0 | 325 |
| 3-2017 | 1,244 | 325 |

**Payments**

| Batch/Trans ID | Date | Type Code | Payment($) |
|---|---|---|---|
| 16-010 | 02-02-10 | PMTLB | -6,500.00 |
| 05-049 | 04-29-10 | PMTLB | -10,400.00 |
| 19-002 | 08-02-10 | PMTLB | -13,000.00 |
| 23-006 | 11-02-10 | PMTLB | -13,000.00 |
| 31-050 | 02-03-11 | PMTLB | -13,000.00 |
| 90-032 | 05-16-11 | PMTUC | -30,000.00 |
| 90-032 | 05-16-11 | REAP | -7,475.00 |
| 91-032 | 08-02-11 | PMTUC | -4,875.00 |
| 02-012 | 11-01-11 | PMTLB | -1,950.00 |
| 80-001 | 02-01-12 | PMTLB | -975.00 |
| 02-041 | 05-01-12 | PMTLB | -12,525.00 |
| 80-044 | 07-31-12 | PMTLB | -30,000.00 |
| 60-003 | 11-02-12 | PMTLB | -6,500.00 |
| 80-186 | 02-01-13 | PMTLB | -1,625.00 |
| 80-106 | 05-09-13 | PMTLB | -4,875.00 |
| 01-082 | 07-26-13 | PMTLB | -1,950.00 |
| 60-035 | 11-01-13 | PMTLB | -9,750.00 |
| 01-199 | 02-04-14 | PMTLB | -13,000.00 |
| 02-242 | 05-05-14 | PMTLB | -650.00 |
| 01-334 | 08-05-14 | PMTLB | -650.00 |
| 01-020 | 11-04-14 | PMTLB | -650.00 |
| 01-200 | 02-03-15 | PMTLB | -1,950.00 |
| 02-005 | 05-01-15 | PMTLB | -650.00 |
| 01-019 | 08-03-15 | PMTLB | -325.00 |
| 02-141 | 11-02-15 | PMTLB | -325.00 |
| 61-001 | 02-01-16 | PMTLB | -975.00 |
| 01-003 | 04-29-16 | PMTLB | -325.00 |
| 01-006 | 07-29-16 | PMTLB | -325.00 |
| 01-194 | 11-04-16 | PMTLB | -13,000.00 |
| 01-222 | 01-31-17 | PMTLB | -325.00 |
| 01-334 | 05-02-17 | PMTLB | -325.00 |
| 60-008 | 08-01-17 | PMTLB | -325.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4-2017 | 0 | 325 | 01-385 | 10-24-17 | PMTLB | -325.00 |
| 1-2018 | 0 | 325 | 60-053 | 02-05-18 | PMTLB | -325.00 |
| 2-2018 | | 325 Est | 60-036 | 04-26-18 | PMTLB | -325.00 |
| 3-2018 | | 325 Est | 02-510 | 08-02-18 | PMTLB | -325.00 |
| 4-2018 | | 325 Est | 01-099 | 10-31-18 | PMTLB | -325.00 |

**Interest**

| Transaction Date | Assessment Period | Days | Interest Rate | Amount ($) |
|---|---|---|---|---|
| 05-09-13 | 02-01-10 through 04-30-13 | 1185 | 1% | 0.00 |

## Chapter 11 Quarterly Fee Information and Collection System (FICS)
**US Trustees, US Department of Justice**

### Account Reconciliation

Field Office: 03 05 Wilmington, DE

**Case #:** 111-09-13932
**Debtor:** ADVANTA SERVICE CORP.
**Opened:** 11-08-09 **Closed:** 06-06-11

**CPC:** 02-11-11 **OCS:** 111-09-13931 A
**CDC:** **CTO:**
**CNV:** **CBC:** 06-06-11
**TIN:**

| | |
|---|---|
| **Billed($):** | **2,275.00** |
| Fees($): | 2,275.00 |
| Interest($): | 0.00 |
| **Payments($):** | **-2,275.00** |
| Principal($): | -2,275.00 |
| Interest($): | 0.00 |
| **Balance($):** | **0.00** |

| Quarterly Fees and Disbursements | | | Payments | | | |
|---|---|---|---|---|---|---|
| **Quarter** | **Disbursements ($)** | **Fee ($)** | **Batch/Trans ID** | **Date** | **Type Code** | **Payment($)** |
| 4-2009 | 0 | 325 | 16-031 | 02-02-10 | PMTLB | -325.00 |
| 1-2010 | 0 | 325 | 05-040 | 04-29-10 | PMTLB | -325.00 |
| 2-2010 | 325 | 325 | 19-025 | 08-02-10 | PMTLB | -325.00 |
| 3-2010 | 733 | 325 | 23-051 | 11-02-10 | PMTLB | -325.00 |
| 4-2010 | 325 | 325 | 31-059 | 02-03-11 | PMTLB | -325.00 |
| 1-2011 | 1,644 | 325 | 90-032 | 05-16-11 | PMTUC | -325.00 |
| 2-2011 | 0 | 325 | 91-032 | 08-02-11 | PMTUC | -325.00 |

**Interest**

To date, there have been no interest assessment transactions posted for this account.

## Chapter 11 Quarterly Fee Information and Collection System (FICS)

**US Trustees, US Department of Justice**

### Account Reconciliation

Field Office: 03 05 Wilmington, DE

| | | | |
|---|---|---|---|
| **Case #:** 111-09-13933 | **CPC:** 02-11-11 **OCS:** 111-09-13931 A | **Billed($):** | **6,825.00** |
| **Debtor:** ADVANTA BUSINESS SERVICES CORP | **CDC:** **CTO:** | Fees($): | 6,825.00 |
| **Opened:** 11-08-09 **Closed:** 06-06-11 | **CNV:** **CBC:** 06-06-11 | Interest($): | 0.00 |
| | **TIN:** | **Payments($):** | **-6,825.00** |
| | | Principal($): | -6,825.00 |
| | | Interest($): | 0.00 |
| | | **Balance($):** | **0.00** |

**Quarterly Fees and Disbursements**

| Quarter | Disbursements ($) | Fee ($) |
|---|---|---|
| 4-2009 | 0 | 325 |
| 1-2010 | 669 | 325 |
| 2-2010 | 2,754 | 325 |
| 3-2010 | 2,779 | 325 |
| 4-2010 | 1,482 | 325 |
| 1-2011 | 846,897 | 4,875 |
| 2-2011 | 0 | 325 |

**Payments**

| Batch/Trans ID | Date | Type Code | Payment($) |
|---|---|---|---|
| 16-032 | 02-02-10 | PMTLB | -325.00 |
| 05-039 | 04-29-10 | PMTLB | -325.00 |
| 19-026 | 08-02-10 | PMTLB | -325.00 |
| 23-052 | 11-02-10 | PMTLB | -325.00 |
| 31-060 | 02-03-11 | PMTLB | -325.00 |
| 90-032 | 05-16-11 | PMTUC | -325.00 |
| 90-032 | 05-16-11 | REAP | -4,550.00 |
| 91-032 | 08-02-11 | PMTUC | -325.00 |

**Interest**

| Transaction Date | Assessment Period | Days | Interest Rate | Amount ($) |
|---|---|---|---|---|
| 06-17-11 | 02-01-10 through 05-31-11 | 485 | 1% | 0.00 |

## Chapter 11 Quarterly Fee Information and Collection System (FICS)

**US Trustees, US Department of Justice**

### Account Reconciliation

Field Office: 03 05 Wilmington, DE

**Case #:** 111-09-13934
**Debtor:** ADVANTA SHARED SERVICES CORP.
**Opened:** 11-08-09 **Closed:** 12-30-13

**CPC:** 02-11-11 **OCS:** 111-09-13931 A
**CDC:** **CTO:**
**CNV:** **CBC:** 12-30-13
**TIN:**

| | |
|---|---|
| **Billed($):** | **52,334.82** |
| Fees($): | 52,325.00 |
| Interest($): | 9.82 |
| **Payments($):** | **-52,334.82** |
| Principal($): | -52,325.00 |
| Interest($): | -9.82 |
| **Balance($):** | **0.00** |

**Quarterly Fees and Disbursements**

| Quarter | Disbursements ($) | Fee ($) |
|---|---|---|
| 4-2009 | 978,306 | 4,875 |
| 1-2010 | 2,383,759 | 9,750 |
| 2-2010 | 2,162,476 | 9,750 |
| 3-2010 | 1,437,389 | 6.500 |
| 4-2010 | 676,544 | 4,875 |
| 1-2011 | 8,255,842 | 13,000 |
| 2-2011 | 0 | 325 |
| 3-2011 | 0 | 325 |
| 4-2011 | 0 | 325 |
| 1-2012 | 0 | 325 |
| 2-2012 | 0 | 325 |
| 3-2012 | 0 | 325 |
| 4-2012 | 0 | 325 |
| 1-2013 | 0 | 325 |
| 2-2013 | 0 | 325 |
| 3-2013 | 0 | 325 |
| 4-2013 | 0 | 325 |

**Payments**

| Batch/Trans ID | Date | Type Code | Payment($) |
|---|---|---|---|
| 16-030 | 02-02-10 | PMTLB | -4,875.00 |
| 05-048 | 04-29-10 | PMTLB | -9,750.00 |
| 19-027 | 08-02-10 | PMTLB | -9,750.00 |
| 23-053 | 11-02-10 | PMTLB | -6,500.00 |
| 31-061 | 02-03-11 | PMTLB | -4,875.00 |
| 90-032 | 05-16-11 | PMTUC | -13,000.00 |
| 91-032 | 08-02-11 | PMTUC | -325.00 |
| 02-017 | 11-01-11 | PMTLB | -325.00 |
| 80-002 | 02-01-12 | PMTLB | -325.00 |
| 80-045 | 07-31-12 | PMTLB | -325.00 |
| 60-004 | 11-02-12 | PMTLB | -317.72 |
| 60-004 | 11-02-12 | PMTLBINT | -7.28 |
| 80-187 | 02-01-13 | PMTLBINT | -1.10 |
| 80-187 | 02-01-13 | PMTLB | -323.90 |
| 80-107 | 05-09-13 | PMTLBINT | -1.09 |
| 80-107 | 05-09-13 | PMTLB | -323.91 |
| 61-003 | 05-31-13 | PMTLB | -334.37 |
| 01-083 | 07-26-13 | PMTLB | -325.10 |
| 01-083 | 07-26-13 | PMTLBINT | -0.35 |
| 60-036 | 11-01-13 | PMTLB | -325.00 |
| 91-011 | 01-27-14 | PMTUC | -325.00 |

**Interest**

| Transaction Date | Assessment Period | Days | Interest Rate | Amount ($) |
|---|---|---|---|---|
| 06-07-13 | 05-01-13 through 05-31-13 | 31 | 1% | 0.35 |
| 05-07-13 | 04-01-13 through 04-30-13 | 30 | 1% | 0.27 |
| 04-05-13 | 03-01-13 through 03-31-13 | 31 | 1% | 0.28 |
| 03-07-13 | 02-01-13 through 02-28-13 | 28 | 1% | 0.26 |
| 02-07-13 | 01-01-13 through 01-31-13 | 31 | 1% | 0.28 |
| 01-07-13 | 12-01-12 through 12-31-12 | 31 | 1% | 0.28 |
| 12-07-12 | 11-01-12 through 11-30-12 | 30 | 1% | 0.28 |
| 11-07-12 | 09-01-12 through 10-31-12 | 61 | 1% | 0.54 |

| | | | | |
|---|---|---|---|---|
| 09-07-12 | 02-01-10 through 08-31-12 | 943 | 1% | 7.28 |

**Chapter 11 Quarterly Fee Information and Collection System (FICS)**
**US Trustees, US Department of Justice**

## Account Reconciliation

Field Office: 03 05 Wilmington, DE

| | | | | |
|---|---|---|---|---|
| **Case #:** 111-09-13935 | **CPC:** 02-11-11 | **OCS:** 111-09-13931 A | **Billed($):** | **11,700.00** |
| **Debtor:** ADVANTA BUSINESS SERVICES HOLD | **CDC:** | **CTO:** | Fees($): | 11,700.00 |
| **Opened:** 11-08-09 **Closed:** 06-06-11 | **CNV:** | **CBC:** 06-06-11 | Interest($): | 0.00 |
| | | **TIN:** | **Payments($):** | **-11,700.00** |
| | | | Principal($): | -11,700.00 |
| | | | Interest($): | 0.00 |
| | | | **Balance($):** | **0.00** |

**Quarterly Fees and Disbursements**

| Quarter | Disbursements ($) | Fee ($) |
|---|---|---|
| 4-2009 | 80 | 325 |
| 1-2010 | 136 | 325 |
| 2-2010 | 345 | 325 |
| 3-2010 | 355 | 325 |
| 4-2010 | 335 | 325 |
| 1-2011 | 2,857,025 | 9,750 |
| 2-2011 | 0 | 325 |

**Payments**

| Batch/Trans ID | Date | Type Code | Payment($) |
|---|---|---|---|
| 16-033 | 02-02-10 | PMTLB | -325.00 |
| 05-041 | 04-29-10 | PMTLB | -325.00 |
| 19-028 | 08-02-10 | PMTLB | -325.00 |
| 23-054 | 11-02-10 | PMTLB | -325.00 |
| 31-062 | 02-03-11 | PMTLB | -325.00 |
| 90-032 | 05-16-11 | PMTUC | -9,750.00 |
| 91-032 | 08-02-11 | PMTUC | -325.00 |

**Interest**

To date, there have been no interest assessment transactions posted for this account.

**Chapter 11 Quarterly Fee Information and Collection System (FICS)**
**US Trustees, US Department of Justice**

## Account Reconciliation

Field Office: 03 05 Wilmington, DE

**Case #:** 111-09-13936
**Debtor:** GREAT EXPECTATIONS FRANCHISE C
**Opened:** 11-08-09 **Closed:** 06-06-11

**CPC:** 02-11-11 **OCS:** 111-09-13931 A
**CDC:** **CTO:**
**CNV:** **CBC:** 06-06-11
**TIN:**

| | |
|---|---|
| **Billed($):** | **2,275.00** |
| Fees($): | 2,275.00 |
| Interest($): | 0.00 |
| **Payments($):** | **-2,275.00** |
| Principal($): | -2,275.00 |
| Interest($): | 0.00 |
| **Balance($):** | **0.00** |

**Quarterly Fees and Disbursements**

| Quarter | Disbursements ($) | Fee ($) |
|---|---|---|
| 4-2009 | 1,192 | 325 |
| 1-2010 | 0 | 325 |
| 2-2010 | | 325 Est |
| 3-2010 | 325 | 325 |
| 4-2010 | 325 | 325 |
| 1-2011 | 0 | 325 |
| 2-2011 | 0 | 325 |

**Payments**

| Batch/Trans ID | Date | Type Code | Payment($) |
|---|---|---|---|
| 16-034 | 02-02-10 | PMTLB | -325.00 |
| 60-009 | 04-29-10 | PMTLB | -325.00 |
| 19-029 | 08-02-10 | PMTLB | -325.00 |
| 23-055 | 11-02-10 | PMTLB | -325.00 |
| 31-063 | 02-03-11 | PMTLB | -325.00 |
| 90-032 | 05-16-11 | PMTUC | -325.00 |
| 91-032 | 08-02-11 | PMTUC | -325.00 |

**Interest**

To date, there have been no interest assessment transactions posted for this account.

---

**Chapter 11 Quarterly Fee Information and Collection System (FICS)**
**US Trustees, US Department of Justice**

## Account Reconciliation

Field Office: 03 05 Wilmington, DE

**Case #:** 111-09-13937
**Debtor:** ADVANTA MORTGAGE CORP. USA

**CPC:** 02-11-11 **OCS:** 111-09-13931 A
**CDC:** **CTO:**

| | |
|---|---|
| **Billed($):** | **5,850.00** |
| Fees($): | 5,850.00 |

**Opened:** 11-08-09 **Closed:** 12-30-13 **CNV:** **CBC:** 12-30-13
**TIN:**

| | |
|---|---|
| Interest($): | 0.00 |
| **Payments($):** | **-5,850.00** |
| Principal($): | -5,850.00 |
| Interest($): | 0.00 |
| **Balance($):** | **0.00** |

| Quarterly Fees and Disbursements | | | Payments | | | |
|---|---|---|---|---|---|---|
| **Quarter** | **Disbursements ($)** | **Fee ($)** | **Batch/Trans ID** | **Date** | **Type Code** | **Payment($)** |
| 4-2009 | 0 | 325 | 16-035 | 02-02-10 | PMTLB | -325.00 |
| 1-2010 | 0 | 325 | 05-005 | 04-29-10 | PMTLB | -325.00 |
| 2-2010 | 549 | 325 | 19-030 | 08-02-10 | PMTLB | -325.00 |
| 3-2010 | 1,125 | 325 | 23-056 | 11-02-10 | PMTLB | -325.00 |
| 4-2010 | 1,647 | 325 | 31-064 | 02-03-11 | PMTLB | -325.00 |
| 1-2011 | 49,993 | 650 | 90-032 | 05-16-11 | PMTUC | -650.00 |
| 2-2011 | 0 | 325 | 91-032 | 08-02-11 | PMTUC | -325.00 |
| 3-2011 | 0 | 325 | 02-016 | 11-01-11 | PMTLB | -325.00 |
| 4-2011 | 0 | 325 | 80-003 | 02-01-12 | PMTLB | -325.00 |
| 1-2012 | 0 | 325 | 02-042 | 05-01-12 | PMTLB | -325.00 |
| 2-2012 | 0 | 325 | 80-046 | 07-31-12 | PMTLB | -325.00 |
| 3-2012 | 0 | 325 | 60-005 | 11-02-12 | PMTLB | -325.00 |
| 4-2012 | 0 | 325 | 80-188 | 02-01-13 | PMTLB | -325.00 |
| 1-2013 | 0 | 325 | 80-108 | 05-09-13 | PMTLB | -325.00 |
| 2-2013 | 0 | 325 | 01-084 | 07-26-13 | PMTLB | -325.00 |
| 3-2013 | 0 | 325 | 60-037 | 11-01-13 | PMTLB | -325.00 |
| 4-2013 | 0 | 325 | 91-011 | 01-27-14 | PMTUC | -325.00 |

**Interest**

| Transaction Date | Assessment Period | Days | Interest Rate | Amount ($) |
|---|---|---|---|---|
| 05-09-13 | 02-01-10 through 04-30-13 | 1185 | 1% | 0.00 |

**Chapter 11 Quarterly Fee Information and Collection System (FICS)**
**US Trustees, US Department of Justice**

## Account Reconciliation

Field Office: 03 05 Wilmington, DE

**Case #:** 111-09-13938 **CPC:** 02-11-11 **OCS:** 111-09-13931 A **Billed($):** 2,275.00
**Debtor:** ADVANTA MORTGAGE HOLDING COMPA **CDC:** **CTO:** Fees($): 2,275.00
**Opened:** 11-08-09 **Closed:** 06-06-11 **CNV:** **CBC:** 06-06-11

| | |
|---|---|
| TIN: | |
| Interest($): | 0.00 |
| **Payments($):** | **-2,275.00** |
| Principal($): | -2,275.00 |
| Interest($): | 0.00 |
| **Balance($):** | **0.00** |

**Quarterly Fees and Disbursements** / **Payments**

| Quarter | Disbursements ($) | Fee ($) | Batch/Trans ID | Date | Type Code | Payment($) |
|---|---|---|---|---|---|---|
| 4-2009 | 0 | 325 | 16-036 | 02-02-10 | PMTLB | -325.00 |
| 1-2010 | 0 | 325 | 05-035 | 04-29-10 | PMTLB | -325.00 |
| 2-2010 | 325 | 325 | 19-031 | 08-02-10 | PMTLB | -325.00 |
| 3-2010 | 325 | 325 | 23-057 | 11-02-10 | PMTLB | -325.00 |
| 4-2010 | 325 | 325 | 31-065 | 02-03-11 | PMTLB | -325.00 |
| 1-2011 | 90 | 325 | 90-032 | 05-16-11 | PMTUC | -325.00 |
| 2-2011 | 0 | 325 | 91-032 | 08-02-11 | PMTUC | -325.00 |

**Interest**

To date, there have been no interest assessment transactions posted for this account.

---

## Chapter 11 Quarterly Fee Information and Collection System (FICS)

**US Trustees, US Department of Justice**

### Account Reconciliation

Field Office: 03 05 Wilmington, DE

| | | | | | |
|---|---|---|---|---|---|
| **Case #:** 111-09-13939 | | **CPC:** 02-11-11 | **OCS:** 111-09-13931 A | **Billed($):** | **4,875.00** |
| **Debtor:** ADVANTA AUTO FINANCE CORPORATI | | **CDC:** | **CTO:** | Fees($): | 4,875.00 |
| **Opened:** 11-08-09 | **Closed:** 12-18-12 | **CNV:** | **CBC:** 12-18-12 | Interest($): | 0.00 |
| | | | **TIN:** | **Payments($):** | **-4,875.00** |
| | | | | Principal($): | -4,875.00 |
| | | | | Interest($): | 0.00 |
| | | | | **Balance($):** | **0.00** |

**Quarterly Fees and Disbursements** / **Payments**

| Quarter | Disbursements ($) | Fee ($) | Batch/Trans ID | Date | Type Code | Payment($) |
|---|---|---|---|---|---|---|
| 4-2009 | 0 | 325 | 16-037 | 02-02-10 | PMTLB | -325.00 |
| 1-2010 | 0 | 325 | 05-036 | 04-29-10 | PMTLB | -325.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2-2010 | 1,641 | 325 | 19-032 | 08-02-10 | PMTLB | -325.00 |
| 3-2010 | 446 | 325 | 23-058 | 11-02-10 | PMTLB | -325.00 |
| 4-2010 | 392 | 325 | 31-066 | 02-03-11 | PMTLB | -325.00 |
| 1-2011 | 86,915 | 975 | 90-032 | 05-16-11 | PMTUC | -975.00 |
| 2-2011 | 0 | 325 | 91-032 | 08-02-11 | PMTUC | -325.00 |
| 3-2011 | 0 | 325 | 02-015 | 11-01-11 | PMTLB | -325.00 |
| 4-2011 | 0 | 325 | 80-004 | 02-01-12 | PMTLB | -325.00 |
| 1-2012 | 0 | 325 | 02-043 | 05-01-12 | PMTLB | -325.00 |
| 2-2012 | 0 | 325 | 80-047 | 07-31-12 | PMTLB | -325.00 |
| 3-2012 | 0 | 325 | 60-006 | 11-02-12 | PMTLB | -325.00 |
| 4-2012 | 0 | 325 | 80-189 | 02-01-13 | PMTLB | -325.00 |

**Interest**

To date, there have been no interest assessment transactions posted for this account.

---

## Chapter 11 Quarterly Fee Information and Collection System (FICS)
**US Trustees, US Department of Justice**

### Account Reconciliation

Field Office: 03 05 Wilmington, DE

**Case #:** 111-09-13940
**Debtor:** GREAT EXPECTATIONS MANAGEMENT
**Opened:** 11-08-09 **Closed:** 06-06-11

**CPC:** 02-11-11 **OCS:** 111-09-13931 A
**CDC:** **CTO:**
**CNV:** **CBC:** 06-06-11
**TIN:**

| | |
|---|---|
| **Billed($):** | **2,275.00** |
| Fees($): | 2,275.00 |
| Interest($): | 0.00 |
| **Payments($):** | **-2,275.00** |
| Principal($): | -2,275.00 |
| Interest($): | 0.00 |
| **Balance($):** | **0.00** |

| Quarterly Fees and Disbursements | | | Payments | | | |
|---|---|---|---|---|---|---|
| **Quarter** | **Disbursements ($)** | **Fee ($)** | **Batch/Trans ID** | **Date** | **Type Code** | **Payment($)** |
| 4-2009 | 0 | 325 | 16-038 | 02-02-10 | PMTLB | -325.00 |
| 1-2010 | 325 | 325 | 60-010 | 04-29-10 | PMTLB | -325.00 |
| 2-2010 | | 325 Est | 19-033 | 08-02-10 | PMTLB | -325.00 |
| 3-2010 | 325 | 325 | 23-059 | 11-02-10 | PMTLB | -325.00 |
| 4-2010 | 325 | 325 | 31-067 | 02-03-11 | PMTLB | -325.00 |
| 1-2011 | | 325 Est | 90-032 | 05-16-11 | PMTUC | -325.00 |
| 2-2011 | | 325 Est | 91-032 | 08-02-11 | PMTUC | -325.00 |

**Interest**

To date, there have been no interest assessment transactions posted for this account.

---

## Chapter 11 Quarterly Fee Information and Collection System (FICS)
**US Trustees, US Department of Justice**

### Account Reconciliation

Field Office: 03 05 Wilmington, DE

| | | | | | |
|---|---|---|---|---|---|
| **Case #:** 111-09-13941 | | **CPC:** 02-11-11 | **OCS:** 111-09-13931 A | **Billed($):** | **4,550.00** |
| **Debtor:** ADVANTENNIS CORP. | | **CDC:** | **CTO:** | Fees($): | 4,550.00 |
| **Opened:** 11-08-09 | **Closed:** 12-18-12 | **CNV:** | **CBC:** 12-18-12 | Interest($): | 0.00 |
| | | | **TIN:** | **Payments($):** | **-4,550.00** |
| | | | | Principal($): | -4,550.00 |
| | | | | Interest($): | 0.00 |
| | | | | **Balance($):** | **0.00** |

| Quarterly Fees and Disbursements | | | Payments | | | |
|---|---|---|---|---|---|---|
| **Quarter** | **Disbursements ($)** | **Fee ($)** | **Batch/Trans ID** | **Date** | **Type Code** | **Payment($)** |
| 4-2009 | 0 | 325 | 16-039 | 02-02-10 | PMTLB | -325.00 |
| 1-2010 | 0 | 325 | 05-037 | 04-29-10 | PMTLB | -325.00 |
| 2-2010 | 325 | 325 | 19-034 | 08-02-10 | PMTLB | -325.00 |
| 3-2010 | 325 | 325 | 23-060 | 11-02-10 | PMTLB | -325.00 |
| 4-2010 | 325 | 325 | 31-068 | 02-03-11 | PMTLB | -325.00 |
| 1-2011 | 61,292 | 650 | 90-032 | 05-16-11 | PMTUC | -650.00 |
| 2-2011 | 0 | 325 | 91-032 | 08-02-11 | PMTUC | -325.00 |
| 3-2011 | 0 | 325 | 02-014 | 11-01-11 | PMTLB | -325.00 |
| 4-2011 | 0 | 325 | 80-005 | 02-01-12 | PMTLB | -325.00 |
| 1-2012 | 0 | 325 | 02-044 | 05-01-12 | PMTLB | -325.00 |
| 2-2012 | 0 | 325 | 80-048 | 07-31-12 | PMTLB | -325.00 |
| 3-2012 | 0 | 325 | 60-007 | 11-02-12 | PMTLB | -325.00 |
| 4-2012 | 0 | 325 | 80-190 | 02-01-13 | PMTLB | -325.00 |

**Interest**

To date, there have been no interest assessment transactions posted for this account.

---

**Chapter 11 Quarterly Fee Information and Collection System (FICS)**
**US Trustees, US Department of Justice**

## Account Reconciliation

Field Office: 03 05 Wilmington, DE

**Case #:** 111-09-13942
**Debtor:** ADVANTA INVESTMENT CORP.
**Opened:** 11-08-09 **Closed:** 06-06-11

**CPC:** 02-11-11 **OCS:** 111-09-13931 A
**CDC:** **CTO:**
**CNV:** **CBC:** 06-06-11
**TIN:**

| | |
|---|---|
| **Billed($):** | **2,275.00** |
| Fees($): | 2,275.00 |
| Interest($): | 0.00 |
| **Payments($):** | **-2,275.00** |
| Principal($): | -2,275.00 |
| Interest($): | 0.00 |
| **Balance($):** | **0.00** |

**Quarterly Fees and Disbursements**

| Quarter | Disbursements ($) | Fee ($) |
|---|---|---|
| 4-2009 | 0 | 325 |
| 1-2010 | 0 | 325 |
| 2-2010 | 325 | 325 |
| 3-2010 | 325 | 325 |
| 4-2010 | 325 | 325 |
| 1-2011 | 4,990 | 325 |
| 2-2011 | 0 | 325 |

**Payments**

| Batch/Trans ID | Date | Type Code | Payment($) |
|---|---|---|---|
| 16-040 | 02-02-10 | PMTLB | -325.00 |
| 05-042 | 04-29-10 | PMTLB | -325.00 |
| 19-035 | 08-02-10 | PMTLB | -325.00 |
| 23-061 | 11-02-10 | PMTLB | -325.00 |
| 31-069 | 02-03-11 | PMTLB | -325.00 |
| 90-032 | 05-16-11 | PMTUC | -325.00 |
| 91-032 | 08-02-11 | PMTUC | -325.00 |

**Interest**

To date, there have been no interest assessment transactions posted for this account.

**Chapter 11 Quarterly Fee Information and Collection System (FICS)**
**US Trustees, US Department of Justice**

## Account Reconciliation

Field Office: 03 05 Wilmington, DE

**Case #:** 111-09-13943
**Debtor:** ADVANTA ADVERTISING INC.

**CPC:** 02-11-11 **OCS:** 111-09-13931 A
**CDC:** **CTO:**

| | |
|---|---|
| **Billed($):** | **2,275.00** |
| Fees($): | 2,275.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Opened:** 11-08-09 | **Closed:** 06-06-11 | **CNV:** | **CBC:** 06-06-11 | Interest($): | 0.00 |
| | | | **TIN:** | **Payments($):** | **-2,275.00** |
| | | | | Principal($): | -2,275.00 |
| | | | | Interest($): | 0.00 |
| | | | | **Balance($):** | **0.00** |

**Quarterly Fees and Disbursements**

| Quarter | Disbursements ($) | Fee ($) |
|---|---|---|
| 4-2009 | 0 | 325 |
| 1-2010 | 0 | 325 |
| 2-2010 | 325 | 325 |
| 3-2010 | 325 | 325 |
| 4-2010 | 325 | 325 |
| 1-2011 | 990 | 325 |
| 2-2011 | 0 | 325 |

**Payments**

| Batch/Trans ID | Date | Type Code | Payment($) |
|---|---|---|---|
| 16-041 | 02-02-10 | PMTLB | -325.00 |
| 05-043 | 04-29-10 | PMTLB | -325.00 |
| 19-036 | 08-02-10 | PMTLB | -325.00 |
| 23-062 | 11-02-10 | PMTLB | -325.00 |
| 31-070 | 02-03-11 | PMTLB | -325.00 |
| 90-032 | 05-16-11 | PMTUC | -325.00 |
| 91-032 | 08-02-11 | PMTUC | -325.00 |

**Interest**

To date, there have been no interest assessment transactions posted for this account.

---

## Chapter 11 Quarterly Fee Information and Collection System (FICS)

**US Trustees, US Department of Justice**

### Account Reconciliation

Field Office: 03 05 Wilmington, DE

| | | | | | |
|---|---|---|---|---|---|
| **Case #:** 111-09-13944 | **CPC:** 02-11-11 | **OCS:** 111-09-13931 A | | **Billed($):** | **4,225.00** |
| **Debtor:** ADVANTA FINANCE CORP. | **CDC:** | **CTO:** | | Fees($): | 4,225.00 |
| **Opened:** 11-08-09 **Closed:** 12-18-12 | **CNV:** | **CBC:** 12-18-12 | | Interest($): | 0.00 |
| | | **TIN:** | | **Payments($):** | **-4,225.00** |
| | | | | Principal($): | -4,225.00 |
| | | | | Interest($): | 0.00 |
| | | | | **Balance($):** | **0.00** |

**Quarterly Fees and Disbursements**

| Quarter | Disbursements ($) | Fee ($) |
|---|---|---|
| 4-2009 | 0 | 325 |
| 1-2010 | 0 | 325 |

**Payments**

| Batch/Trans ID | Date | Type Code | Payment($) |
|---|---|---|---|
| 16-042 | 02-02-10 | PMTLB | -325.00 |
| 05-047 | 04-29-10 | PMTLB | -325.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2-2010 | 325 | 325 | 19-037 | 08-02-10 | PMTLB | -325.00 |
| 3-2010 | 730 | 325 | 23-063 | 11-02-10 | PMTLB | -325.00 |
| 4-2010 | 1,356 | 325 | 31-071 | 02-03-11 | PMTLB | -325.00 |
| 1-2011 | 5,420 | 325 | 90-032 | 05-16-11 | PMTUC | -325.00 |
| 2-2011 | 0 | 325 | 91-032 | 08-02-11 | PMTUC | -325.00 |
| 3-2011 | 0 | 325 | 02-013 | 11-01-11 | PMTLB | -325.00 |
| 4-2011 | 0 | 325 | 80-006 | 02-01-12 | PMTLB | -325.00 |
| 1-2012 | 0 | 325 | 02-045 | 05-01-12 | PMTLB | -325.00 |
| 2-2012 | 0 | 325 | 80-049 | 07-31-12 | PMTLB | -325.00 |
| 3-2012 | 0 | 325 | 60-008 | 11-02-12 | PMTLB | -325.00 |
| 4-2012 | 0 | 325 | 80-191 | 02-01-13 | PMTLB | -325.00 |

**Interest**

To date, there have been no interest assessment transactions posted for this account.

---

**Chapter 11 Quarterly Fee Information and Collection System (FICS)**
**US Trustees, US Department of Justice**

## Account Reconciliation

Field Office: 03 05 Wilmington, DE

**Case #:** 111-09-13945
**Debtor:** GREAT EXPECTATIONS INTERNATION
**Opened:** 11-08-09 **Closed:** 06-06-11

**CPC:** 02-11-11 **OCS:** 111-09-13931 A
**CDC:** **CTO:**
**CNV:** **CBC:** 06-06-11
**TIN:**

| | |
|---|---|
| **Billed($):** | **2,275.00** |
| Fees($): | 2,275.00 |
| Interest($): | 0.00 |
| **Payments($):** | **-2,275.00** |
| Principal($): | -2,275.00 |
| Interest($): | 0.00 |
| **Balance($):** | **0.00** |

| **Quarterly Fees and Disbursements** | | | **Payments** | | | |
|---|---|---|---|---|---|---|
| **Quarter** | **Disbursements ($)** | **Fee ($)** | **Batch/Trans ID** | **Date** | **Type Code** | **Payment($)** |
| 4-2009 | 675 | 325 | 16-043 | 02-02-10 | PMTLB | -325.00 |
| 1-2010 | 672 | 325 | 60-011 | 04-29-10 | PMTLB | -325.00 |
| 2-2010 | | 325 Est | 19-038 | 08-02-10 | PMTLB | -325.00 |
| 3-2010 | 325 | 325 | 23-064 | 11-02-10 | PMTLB | -325.00 |
| 4-2010 | 325 | 325 | 31-076 | 02-03-11 | PMTLB | -325.00 |
| 1-2011 | | 325 Est | 90-032 | 05-16-11 | PMTUC | -325.00 |
| 2-2011 | | 325 Est | 91-032 | 08-02-11 | PMTUC | -325.00 |

**Interest**

To date, there have been no interest assessment transactions posted for this account.

---

## Chapter 11 Quarterly Fee Information and Collection System (FICS)
**US Trustees, US Department of Justice**

### Account Reconciliation

Field Office: 03 05 Wilmington, DE

**Case #:** 111-09-14125
**Debtor:** ADVANTA VENTURES INC.
**Opened:** 11-20-09 **Closed:** 06-06-11

**CPC:** 02-11-11
**CDC:**
**CNV:**

**OCS:** 111-09-13931 A
**CTO:**
**CBC:** 06-06-11
**TIN:**

| | |
|---|---|
| **Billed($):** | **2,275.00** |
| Fees($): | 2,275.00 |
| Interest($): | 0.00 |
| **Payments($):** | **-2,275.00** |
| Principal($): | -2,275.00 |
| Interest($): | 0.00 |
| **Balance($):** | **0.00** |

**Quarterly Fees and Disbursements**

| Quarter | Disbursements ($) | Fee ($) |
|---|---|---|
| 4-2009 | 0 | 325 |
| 1-2010 | 0 | 325 |
| 2-2010 | 325 | 325 |
| 3-2010 | 325 | 325 |
| 4-2010 | 325 | 325 |
| 1-2011 | 90 | 325 |
| 2-2011 | 0 | 325 |

**Payments**

| Batch/Trans ID | Date | Type Code | Payment($) |
|---|---|---|---|
| 16-044 | 02-02-10 | PMTLB | -325.00 |
| 05-046 | 04-29-10 | PMTLB | -325.00 |
| 19-039 | 08-02-10 | PMTLB | -325.00 |
| 23-065 | 11-02-10 | PMTLB | -325.00 |
| 31-072 | 02-03-11 | PMTLB | -325.00 |
| 90-032 | 05-16-11 | PMTUC | -325.00 |
| 91-032 | 08-02-11 | PMTUC | -325.00 |

**Interest**

To date, there have been no interest assessment transactions posted for this account.

---

**Chapter 11 Quarterly Fee Information and Collection System (FICS)**
**US Trustees, US Department of Justice**

## Account Reconciliation

Field Office: 03 05 Wilmington, DE

| | | | | | |
|---|---|---|---|---|---|
| **Case #:** 111-09-14127 | | **CPC:** 02-11-11 | **OCS:** 111-09-13931 A | **Billed($):** | **2,275.00** |
| **Debtor:** ADVANTA CREDIT CARD RECEIVABLE | | **CDC:** | **CTO:** | Fees($): | 2,275.00 |
| **Opened:** 11-20-09 | **Closed:** 06-06-11 | **CNV:** | **CBC:** 06-06-11 | Interest($): | 0.00 |
| | | | **TIN:** | **Payments($):** | **-2,275.00** |
| | | | | Principal($): | -2,275.00 |
| | | | | Interest($): | 0.00 |
| | | | | **Balance($):** | **0.00** |

**Quarterly Fees and Disbursements**

| Quarter | Disbursements ($) | Fee ($) |
|---|---|---|
| 4-2009 | 73 | 325 |
| 1-2010 | 1,718 | 325 |
| 2-2010 | 1,923 | 325 |
| 3-2010 | 1,713 | 325 |
| 4-2010 | 2,039 | 325 |
| 1-2011 | 13,920 | 325 |
| 2-2011 | 0 | 325 |

**Payments**

| Batch/Trans ID | Date | Type Code | Payment($) |
|---|---|---|---|
| 16-045 | 02-02-10 | PMTLB | -325.00 |
| 05-038 | 04-29-10 | PMTLB | -325.00 |
| 19-040 | 08-02-10 | PMTLB | -325.00 |
| 23-066 | 11-02-10 | PMTLB | -325.00 |
| 31-073 | 02-03-11 | PMTLB | -325.00 |
| 90-032 | 05-16-11 | PMTUC | -13,000.00 |
| 90-032 | 05-16-11 | REAP | -7,800.00 |
| 90-032 | 05-16-11 | APMT | 7,800.00 |
| 90-032 | 05-16-11 | APMT | 13,000.00 |
| 90-032 | 05-16-11 | REAP | -325.00 |
| 91-032 | 08-02-11 | PMTUC | -325.00 |

**Interest**

To date, there have been no interest assessment transactions posted for this account.

**Chapter 11 Quarterly Fee Information and Collection System (FICS)**
**US Trustees, US Department of Justice**

## Account Reconciliation

Field Office: 03 05 Wilmington, DE

| | | | | | |
|---|---|---|---|---|---|
| **Case #:** 111-09-14129 | **CPC:** 02-11-11 | **OCS:** 111-09-13931 A | | **Billed($):** | **3,250.00** |
| **Debtor:** IDEABLOB CORP. | **CDC:** | **CTO:** | | Fees($): | 3,250.00 |
| **Opened:** 11-20-09 **Closed:** 06-06-11 | **CNV:** | **CBC:** 06-06-11 | | Interest($): | 0.00 |
| | | **TIN:** | | **Payments($):** | **-3,250.00** |
| | | | | Principal($): | -3,250.00 |
| | | | | Interest($): | 0.00 |
| | | | | **Balance($):** | **0.00** |

**Quarterly Fees and Disbursements**

| Quarter | Disbursements ($) | Fee ($) |
|---|---|---|
| 4-2009 | 30,902 | 650 |
| 1-2010 | 502 | 325 |
| 2-2010 | 1,030 | 325 |
| 3-2010 | 50,575 | 650 |
| 4-2010 | 650 | 325 |
| 1-2011 | 15,585 | 650 |
| 2-2011 | 0 | 325 |

**Payments**

| Batch/Trans ID | Date | Type Code | Payment($) |
|---|---|---|---|
| 16-046 | 02-02-10 | PMTLB | -650.00 |
| 05-044 | 04-29-10 | PMTLB | -325.00 |
| 19-041 | 08-02-10 | PMTLB | -325.00 |
| 23-067 | 11-02-10 | PMTLB | -650.00 |
| 31-074 | 02-03-11 | PMTLB | -325.00 |
| 90-032 | 05-16-11 | PMTUC | -325.00 |
| 90-032 | 05-16-11 | REAP | -325.00 |
| 91-032 | 08-02-11 | PMTUC | -325.00 |

**Interest**

| Transaction Date | Assessment Period | Days | Interest Rate | Amount ($) |
|---|---|---|---|---|
| 06-17-11 | 02-01-10 through 05-31-11 | 485 | 1% | 0.00 |

**Chapter 11 Quarterly Fee Information and Collection System (FICS)**
**US Trustees, US Department of Justice**

## Account Reconciliation

Field Office: 03 05 Wilmington, DE

| | | | | | |
|---|---|---|---|---|---|
| **Case #:** 111-09-14130 | **CPC:** 02-11-11 | **OCS:** 111-09-13931 A | | **Billed($):** | **3,900.00** |
| **Debtor:** BIZEQUITY CORP. | **CDC:** | **CTO:** | | Fees($): | 3,900.00 |
| **Opened:** 11-20-09 **Closed:** 06-06-11 | **CNV:** | **CBC:** 06-06-11 | | Interest($): | 0.00 |
| | | **TIN:** | | **Payments($):** | **-3,900.00** |
| | | | | Principal($): | -3,900.00 |
| | | | | Interest($): | 0.00 |
| | | | | **Balance($):** | **0.00** |

**Quarterly Fees and Disbursements**

| Quarter | Disbursements ($) | Fee ($) |
|---|---|---|
| 4-2009 | 42,054 | 650 |
| 1-2010 | 76,186 | 975 |
| 2-2010 | 3,737 | 325 |
| 3-2010 | 69,619 | 650 |
| 4-2010 | 650 | 325 |
| 1-2011 | 37,846 | 650 |
| 2-2011 | 0 | 325 |

**Payments**

| Batch/Trans ID | Date | Type Code | Payment($) |
|---|---|---|---|
| 16-047 | 02-02-10 | PMTLB | -650.00 |
| 05-045 | 04-29-10 | PMTLB | -975.00 |
| 19-042 | 08-02-10 | PMTLB | -325.00 |
| 23-068 | 11-02-10 | PMTLB | -650.00 |
| 31-075 | 02-03-11 | PMTLB | -325.00 |
| 90-032 | 05-16-11 | PMTUC | -325.00 |
| 90-032 | 05-16-11 | REAP | -325.00 |
| 91-032 | 08-02-11 | PMTUC | -325.00 |

**Interest**

| Transaction Date | Assessment Period | Days | Interest Rate | Amount ($) |
|---|---|---|---|---|
| 06-17-11 | 02-01-10 through 05-31-11 | 485 | 1% | 0.00 |

# EXHIBIT "B"

*($ Actual)*

| Case-to-Date Expenses | |
|---|---|
| **Type of Payment** | **Amount of Payment** |
| Trustee's Compensation (Fees and Expenses) | $ 6,312,742 |
| Trust Professional Fees and Expenses | 21,110,398 |
| U.S. Trustee Fees | 252,051 |
| Other Disbursements | 10,819,357 |
| **Grand Total** | **38,494,547** |

| Class | Type of Claim or Interest | Distribution |
|---|---|---|
| – | Administrative Expense Claims | $ - |
| – | Priority Tax Claims | 13,313 |
| 1(a)-(f) | Other Priority Claims against the Consolidated Debtors, Advantennis, AMCUSA, Advanta Auto Finance, ASSC, and Advanta Finance, respectively | 60,114 |
| 2(a)-(f) | Secured Claims against the Consolidated Debtors, Advantennis, AMCUSA, Advanta Auto Finance, ASSC, and Advanta Finance, respectively | 5,841 |
| 3 | Investment Note Claims | 140,627,473 |
| 4(a) | General Unsecured Claims against the Consolidated Debtors | 2,275,466 |
| 4(b) | General Unsecured Claims against Advantennis | - |
| 4(c) | General Unsecured Claims against AMCUSA | 61,943 |
| 4(d) | General Unsecured Claims against Advanta Auto Finance | 428 |
| 4(e) | General Unsecured Claims against ASSC | 610,290 |
| 4(f) | General Unsecured Claims against Advanta Finance | 60 |
| 5 | Subordinated Notes Claims against Advanta | 28,661,763 |

Note:

The Liquidating Trustee currently has $22,310 remaining in its bank account. These amounts will be used to pay remaining UST Trustee Fees ($325 for Q4 2018 and $325 for Q1 2019) and unpaid remaining professional fees and wind-down expenses. Any remaining funds will be donated to charity.