PT-578-2019-0107    3-11-19

# RECORDS TRANSMITTAL AND RECEIPT

Complete and send original and one copy of this form to the appropriate Federal Records Center for approval prior to shipment of records. See specific instructions on reverse.

PAGE 1 OF

| 1 TO | (Complete the address for the records center serving your area as shown in 36 CFR 1228.150.) Philadelphia Federal Records Center, 14470 Townsend Road, Philadelphia, PA 19154 | 5 FROM (Enter the name and complete mailing address of the office retiring the records. The signed receipt of this form will be sent to this address.) U.S. Bankruptcy Court, District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801 Claims Agent Name Claims Agent Address |
|---|---|---|
| 2 AGENCY TRANSFER AUTHORIZATION | TRANSFERRING AGENCY OFFICIAL (signature and title) **Bonnie Anemone, Operations Manager** | DATE |
| 3 AGENCY CONTACT | TRANSFERRING AGENCY LIAISON OFFICIAL (Name, office and telephone No) U.S. Courts, 302-252-2542 | |
| 4 RECORDS CENTER RECEIPT | RECORDS RECEIVED BY (Signature and Title) | DATE |

## 6 RECORDS DATA

| ACCESSION NUMBER | | | VOLUME (cu. ft.) | AGENCY BOX NUMBERS | SERIES DESCRIPTION (with inclusive dates of records) | RESTRICTION | DISPOSAL AUTHORITY (schedule and item number) | DISPOSAL DATE | COMPLETED BY RECORDS CENTER | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RG (a) | FY (b) | NUMBER (c) | (d) | (e) | (f) | (g) | (h) | (i) | LOCATION (j) | SHELF PLAN (k) | CONT. TYPE (l) | AUTO. DISP. (m) |
| 578 | 19 | 0107 | 1 of 9 | 9 | Stratification Code: UW<br><br>Advanta Corp., et. al.,<br>Case No. 09-13931 (KJC)<br><br>Bankruptcy Claim Numbers 1-2938<br><br>Claims Agent:<br><br>Epiq Class Action & Claims Solutions, Inc.<br>f/k/a Garden City Group, LLC<br>1985 Marcus Avenue<br>Suite 200<br>Lake Success, NY 11042<br><br>1/1/2009 – 12/31/2009 | N | N1-021-86-1, Item A15a<br><br>20 years<br><br>DC2/A15A<br><br>DC2/A15A | 04/01/2039 | | | | |

NSN 7540-00-634-4093    PT-578-2019-0107    135-107

Standard Form 135 (Rev. 7-85)
Prescribed by NARA
36 CFR 1228.152